| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | **Bostwick Laboratories, Inc.** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  Bostwick Laboratories<br>DBA  BLI<br>DBA  Gynecor<br>DBA  Dermatocor<br>DBA  Hematocor<br>DBA  Nephrocor<br>DBA  Gastrocor<br>DBA  American International Pathology Laboratories<br>DBA  AIPL<br>DBA  QC Sciences<br>DBA  Bostwick Scientific<br>DBA  Bostwick Clinical Trials<br>DBA  Bostwick U.K. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **05-0593169** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**100 Charles Lindbergh Blvd.**<br>**Uniondale, NY 11553**<br>Number, Street, City, State & ZIP Code<br><br>**Nassau**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://www.bostwicklaboratories.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Bostwick Laboratories, Inc.**   Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6215__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District ____  When ____  Case number ____
District ____  When ____  Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **Bostwick Laboratories Holdings, Inc.**   Relationship  **Parent**
District  **Delaware**   When ____   Case number, if known ____

Debtor **Bostwick Laboratories, Inc.**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Bostwick Laboratories, Inc.**          Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/15/2017
              MM / DD / YYYY

X  _/s/ Tammy Hunt_
   Signature of authorized representative of debtor

Printed name: **Tammy Hunt**

Title  **CFO**

**18. Signature of attorney**

X  _/s/ David B. Stratton_
   Signature of attorney for debtor

Date  3/15/2017
      MM / DD / YYYY

**David B. Stratton**
Printed name

**Pepper Hamilton LLP**
Firm name

**Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801-1151**
Number, Street, City, State & ZIP Code

Contact phone  **302.777.6500**     Email address  **strattond@pepperlaw.com**

**960**
Bar number and State

# CERTIFIED RESOLUTIONS OF THE BOARD OF DIRECTORS OF BOSTWICK LABORATORIES, INC.

I, James P. Carroll, the Chief Restructuring Officer and duly authorized officer of Bostwick Laboratories, Inc., a Delaware corporation (the "Company"), hereby certify that the following resolutions (collectively, the "Resolutions") were adopted by the Board of Directors (the "Board") of the Company in accordance with the by-laws of the Company and that said Resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**WHEREAS**, the Board has had the opportunity to consult with the management and the financial and legal advisors to the Company and fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Board reviewed with management and the Company's legal and financial consultants the terms of the Debtor-In-Possession Credit Agreement (the "DIP Loan Agreement") and the Asset Purchase Agreement (the "APA") and the transactions contemplated thereby, had ample opportunity to consider, discuss and ask questions regarding (and so considered, discussed and asked questions regarding) the terms of the DIP Loan Agreement, the APA and the transactions contemplated thereby;

**WHEREAS**, in connection with the filing for relief under chapter 11 of the Bankruptcy Code, it is contemplated that the Company will seek the approval of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") of a process to sell substantially all of the Company's assets (the "Sale Process") pursuant to the APA, or to any other party that presents the highest and best offer pursuant to an auction process under the supervision of the Bankruptcy Court to ensure that the price and terms obtained by the Company constitute the best available transaction for the Company;

**WHEREAS**, based on the Board's review, the Board deems it to be advisable and in the best interests of the Company, its creditors, shareholders and other interested parties, that a voluntary petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code");

**NOW, THEREFORE, BE IT HEREBY:**

**RESOLVED**, that the current officers of the Company (collectively, the "Authorized Officers"), are hereby authorized, empowered and directed to cause preparation and the filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the name of and on behalf of the Company.

**RESOLVED FURTHER**, that each Authorized Officer is authorized, empowered and directed, in the name of and on behalf of the Company, to execute and verify a petition in the name of and on behalf of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court.

-1-

**RESOLVED FURTHER**, that each Authorized Officer is authorized, empowered and directed in the name of and on behalf of the Company, to execute and file, or cause to be executed and filed (or to direct others to do so on his or her behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action which they deem necessary, proper, or desirable in connection with the chapter 11 case.

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that each Authorized Officer is authorized, empowered and directed, in the name of and on behalf of the Company, to take any and all such actions, and to execute and deliver or cause to be executed and delivered under seal of the Company or otherwise, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by these Resolutions, the DIP Loan Agreement, and the Sale Process, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officer or Authorized Officers so acting.

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of these Resolutions.

**RESOLVED FURTHER**, that the Authorized Officers be, and hereby are, authorized and directed to continue to employ the law firm of Pepper Hamilton LLP as general bankruptcy counsel to the Company to represent and assist the Company in filing its chapter 11 petition and advise on matters related thereto, and to take any and all actions to advance the Company's rights and obligations, including the payment of a retainer.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by these Resolutions done in the name of and on behalf of the Company, which acts would have been approved by these Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified.

#42888141 v1

**IN WITNESS WHEREOF,** the undersigned has executed this resolution as of the 14th day of March, 2017.

Bostwick Laboratories, Inc.

_____
Name:  James P. Carroll
Title:    Chief Restructuring Officer

| **Fill in this information to identify the case:** |
|---|
| **Debtor name:** Bostwick Laboratories, Inc., et al. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17- |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis    12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Department of Justice<br>601 D Street, NW, Room 9146<br>Washington DC 20004 | Allison Cendali<br>allison.cendali@usdoj.gov<br>202-616-4232 | Legal settlement | ☐ C<br>☐ U<br>☐ D | | | $2,702,020.80 |
| 2 | Commissioner of Taxation and Finance<br>MCTMT Processing Center<br>PO Box 4139<br>Binghampton NY 13902-4139 | | Tax | ☐ C<br>☐ U<br>☐ D | | | $364,361.37 |
| 3 | Abbott Molecular<br>200 Abbott Park Road<br>Abbott Park IL 60064-3537 | Rhonda Garamoni<br>rhonda.garamoni@abbott.com<br>224-668-2283 | Trade | ☐ C<br>☐ U<br>☐ D | | | $314,682.62 |
| 4 | Ruskin, Moscou, Faltischek<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale NY 11556-1425 | Kevin Clyne<br>516-663-6600<br>fax 516-663-6601 | Professional services | ☑ C<br>☐ U<br>☐ D | | | $294,767.27 |
| 5 | United Parcel Service<br>3701 New Brunswick Road<br>Bartlett TN 38133 | Greg Willis<br>901-409-8690 | Trade | ☐ C<br>☐ U<br>☐ D | | | $237,529.05 |
| 6 | Ropes & Gray LLP<br>1211 Avenue of Americas<br>New York NY 10036-8704 | Christopher Rile<br>Christopher.rile@ropesgray.com<br>212-596-9000<br>fax 212-596-9090 | Professional services | ☐ C<br>☐ U<br>☐ D | | | $178,694.91 |
| 7 | Xifin, Inc.<br>12225 El Camino Real<br>San Diego CA 92130 | Tammy Lawerence<br>tlawerence@xifin.com<br>858-793-5900 | Trade | ☐ C<br>☐ U<br>☐ D | | | $170,558.04 |

Debtor    **Bostwick Laboratories, Inc., et al.**                                                                                         Case number *(if known)* **17-**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Winbrook Management LLC M/A FOR 100 Charles Lindbergh Blvd. 370 Seventh Ave Suite 1600 New York NY 10001 | Mouris Nassimi mouris@nassimirealty.com 212-643-8080 fax 212-643-2626 | Real Estate Lease | ☐ C ☐ U ☐ D | | | $135,855.08 |
| 9 | Leica Biosystems Imaging, 1700 Leider Lane Buffalo Grove IL 60089 | Justin Gerlach justin.gerlach@leica-microsystems.com 847-821-3440 fax 847-236-3065 | Trade | ☐ C ☐ U ☐ D | | | $132,861.10 |
| 10 | United Healthcare 22703 Network Place Chicago IL 60673-1227 | 866-633-2446 | Employee Benefits | ☐ C ☐ U ☐ D | | | $102,000.00 |
| 11 | Roche Diagnostics 9115 Hague Rd PO Box 50414 Indianapolis IN 46250-0414 | Kathy Bailey kathy.bailey@roche.com 317-521-2198 fax 800-428-2883 | Trade | ☐ C ☐ U ☐ D | | | $92,960.06 |
| 12 | Sienna Cancer Diagnostics Carribean Business Park 1 Dalmore Dr. Scoresby VIC3179 AUSTRALIA | Tony Di Pietro (CFO) tdipietro@siennadiagnostics.com.au 61-3-8288-2141 | Trade | ☐ C ☐ U ☐ D | | | $89,870.00 |
| 13 | Expense Reduction Analysts, 380 Lenox Avenue Suite 7J New York NY 10027 | Joel Potter jpotter@expensereduction.com 917-409-0143 | Professional services | ☐ C ☐ U ☐ D | | | $89,806.91 |
| 14 | Highwoods Realty Limited 4501 Highwoods Parkway Suite 400 Glen Allen VA 23060 | Sheryl Carpenter sheryl.carpenter@highwoods.com 804-290-2155 fax 804-965-0164 | Real Estate Lease | ☐ C ☐ U ☐ D | | | $80,027.69 |
| 15 | General Data Company, Inc 4354 Ferguson Dr Cincinnati OH 45245 | Debbie Grant dgrant@general-data.com 513-752-7978 x2210 fax 513-752-6656 | Trade | ☐ C ☐ U ☐ D | | | $71,895.83 |
| 16 | Therapak Corporation 651 Wharton Drive Claremont CA 91711 | Kevin Wiersma kwiersma@therapak.com 770-330-6749 fax 626-357-5911 | Trade | ☐ C ☐ U ☐ D | | | $47,235.11 |
| 17 | Biocare Medical 60 Berry Dr. Pacheco CA 94553 | Alejandro Dominguez adominguez@biocare.net 925-603-8032 fax 925-603-0880 | Trade | ☐ C ☐ U ☐ D | | | $46,864.69 |
| 18 | Federal Express 942 S. Shady Grove Road Memphis TN 38120 | Rory Dineen rdineen@fedex.com 901-818-7500 fax 800-548-3020 | Trade | ☐ C ☐ U ☐ D | | | $46,109.45 |
| 19 | Lab Logistics, LLC 30 Railroad Avenue West Haven CT 06516 | Jon Musgrave 855-522-5644 | Trade | ☐ C ☐ U ☐ D | | | $45,054.06 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        Page 2

Debtor  **Bostwick Laboratories, Inc., et al.**  Case number *(if known)* **17-**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | VWR International, Inc. Radnor Corporate Center, Building One, Suite 200 100 Matsonford Road PO Box 6660 Radnor PA 19087 | Jeff Shank jeff_shank@vwr.com 404-316-7389 fax 484-881-5737 | Trade | ☐ C ☐ U ☐ D | | | $42,270.72 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-_____ (___)<br><br>(Joint Administration Requested) |

**CERTIFICATION REGARDING LIST OF CREDITORS**
**HOLDING 20 LARGEST UNSECURED CLAIMS**

I, Tammy Hunt, am an authorized officer of the Debtors and, in such capacity, am familiar with the financial affairs of the Debtors. I declare under penalty of perjury that the foregoing *List of Creditors Holding 20 Largest Unsecured Claims* is true and accurate to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers.

Dated: March 15, 2017

Bostwick Laboratories, Inc., on behalf of the Debtors

By: _____
Name: Tammy Hunt
Title: Chief Financial Officer

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

#42982707 v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-_____ (___)<br><br>(Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(A)(1) AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors-in-possession (collectively, the "Debtors") respectfully represent and set forth as follows:

1. Debtor Bostwick Laboratories Holdings, Inc., a Delaware corporation, owns 100% of the equity interests in Debtor Bostwick Laboratories, Inc., a Delaware corporation.

2. Bostwick Laboratories Group Holdings, LP, a Delaware partnership, owns 100% of the equity interests in Debtor Bostwick Laboratories Holdings, Inc.

3. The owners of Bostwick Laboratories Group Holdings, LP are: (i) Dr. David G. Bostwick and The Bostwick Group, LLC, who collectively own approximately 18% (Class B shares) of the ownership interests and (ii) certain investment funds of Metalmark Capital, who collectively own approximately 82% (Class A) of the ownership interests.

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

#42888490 v1

## CERTIFICATION

I, Tammy Hunt, am an authorized officer of the Debtors and, in such capacity, am familiar with the financial affairs of the Debtors. I declare under penalty of perjury that the foregoing *Corporate Ownership Statement* is true and accurate to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers.

Dated: March 15, 2017

                                      **Bostwick Laboratories, Inc.,** on behalf of the Debtors

By: _/s/ Tammy Hunt_
Tammy Hunt
Chief Financial Officer

#42888490 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-_____ (___)<br><br>(Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS OF DEBTORS**

Bostwick Laboratories, Inc., a Delaware corporation, as debtor in the above-captioned case, hereby files its List of Equity Security Holders, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Sole Equity Holder of Bostwick Laboratories, Inc. | Jurisdiction of Formation | Percentage of Total Equity Interests |
|---|---|---|
| Bostwick Laboratories Holdings, Inc. | Delaware | 100% |

Bostwick Laboratories Holdings, Inc., a Delaware corporation, as debtor in the above-captioned case, hereby files its List of Equity Security Holders, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Sole Equity Holder of Bostwick Laboratories Holdings, Inc. | Jurisdiction of Formation | Percentage of Total Equity Interests |
|---|---|---|
| Bostwick Laboratories Group Holdings, LP | Delaware | 100% |

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

#42982739 v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-_____ (___)<br><br>(Joint Administration Requested) |

**CERTIFICATION CONCERNING LIST OF**
**EQUITY SECURITY HOLDERS OF DEBTORS**

I, Tammy Hunt, am an authorized officer of the Debtors and, in such capacity, am familiar with the financial affairs of the Debtors. I declare under penalty of perjury that the foregoing *List of Equity Security Holders of Debtors* is true and accurate to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers.

Dated: March 15, 2017

**Bostwick Laboratories, Inc.,** on behalf of the Debtors

By: _____
Tammy Hunt
Chief Financial Officer

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

#42982739 v1