# Exhibit A

**DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, Inc., *et al.*,[1] | Case No. 17-_____ (___) |
| Debtors. | (Joint Administration Requested) |

**DECLARATION OF ROLAND TOMFORDE IN SUPPORT OF
APPLICATION FOR AN ORDER APPOINTING DONLIN,
RECANO & COMPANY, INC., *NUNC PRO TUNC AS OF THE
PETITION DATE*, AS CLAIMS AND NOTICING AGENT FOR THE
<u>DEBTORS PURSUANT TO 28 U.S.C. § 156(c)</u>**

Roland Tomforde hereby declares, under penalty of perjury, as follows:

1.      I am the Chief Operating Officer of Donlin, Recano & Company, Inc.
("<u>DRC</u>"), a Chapter 11 administrative services firm, whose offices are located at 6201 15th
Avenue, Brooklyn, New York 11219.

2.      I submit this declaration (this "<u>Declaration</u>") in support of the application
(the "<u>Application</u>")[2] for an order appointing DRC as claims and noticing agent (the "<u>Claims and
Noticing Agent</u>") *nunc pro tunc* as of the Petition Date, for the Debtors pursuant to 28 U.S.C. §
156(c).  Except as otherwise noted, I have personal knowledge of the facts contained in this
Declaration.

3.      As custodian of the courts records pursuant to 28 U.S.C. § 156(c), DRC
will perform, at the request of the Clerk, the noticing and claims related services specified in the

---

[1]      The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories,
Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042).
The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Application.

Application and the Standard Claims Administration and Noticing Agreement annexed to the Application (the "Engagement Agreement"). In addition, at the Debtors' request, DRC will perform such other noticing, claims, administrative, technical, and support services specified in the Application and the Engagement Agreement.

4.      DRC is one of the country's leading chapter 11 administrators, with experience in noticing, claims administration, and facilitating other administrative aspects of chapter 11 cases. DRC has provided identical or substantially similar services in other chapter 11 cases filed in this District and elsewhere, including, among others: *In re the Wet Seal, Inc.,et al.,* Case No. 15-10081 (CSS) (Bankr. D. Del. 2015); *In re Longview Power, LLC, et al.,* Case No. 13-12211 (BLS) (Bankr. D. Del. 2013); *In re Rural/Metro Corporation et al.*, Case No. 13-11952 (KJC) (Bankr. D. Del. 2013); *In re Handy Hardware Wholesale, Inc.*, Case No. 13-10060 (MFW) (Bankr. D. Del. 2013); *In re Prommis Holdings, LLC., et al.*, Case No. 13-10551 (BLS) (Bankr. D. Del. 2013); *In re Saab Cars North America, Inc.*, Case No. 12-10344 (CSS) (Bankr. D. Del. 2012); *In re Hussey Copper Corp., et al.*, Case No. 11-13010 (BLS) (Bankr. D. Del. 2011);  *In re Townsends, Inc., et al.*, Case No. 10-14092 (CSS) (Bankr. D. Del. 2010).

5.      I represent, among other things, that:

i)      DRC neither holds nor represents any interest adverse to the Debtors' estates in connection with any matters for which DRC will be employed;

ii)     I am not related or connected to and, to the best of my knowledge, no other professional of DRC is related to or connected to any United States Bankruptcy Judge for the District of Delaware or the U. S. Trustee or to any employee in the offices thereof;

iii)    DRC will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in these Chapter 11 Cases;

iv)          by accepting employment in these Chapter 11 Cases, DRC waives any right to receive compensation from the United States government in its capacity as the Claims and Noticing Agent in these Chapter 11 Cases;

v)          in DRC's capacity as the Claims and Noticing Agent in these Chapter 11 Cases, DRC is not an agent of the United States and is not acting on behalf of the United States;

vi)          DRC will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in these Chapter 11 Cases;

vii)          in its capacity as Claims and Noticing Agent in these Chapter 11 Cases, DRC will not intentionally misrepresent any fact to any person;

viii)          DRC shall be under the supervision and control of the Clerk with respect to the receipt and recordation of claims and claim transfers; and

ix)          none of the services provided by DRC as Claims and Noticing Agent shall be at the expense of the Clerk.

6.      To the best of my knowledge and belief, and based solely upon information provided to me by the Debtors, and except as provided herein, neither DRC, nor any employee of DRC, holds nor represents any interest materially adverse to the Debtors, their estates or their creditors with respect to matters upon which DRC is to be engaged.

7.      To the best of my knowledge and belief, and based solely upon information provided to me by the Debtors and except as provided herein, neither DRC, nor any employee of DRC, has any materially adverse connections to the Debtors, their creditors or equity interest holders, or other relevant parties, their respective attorneys and accountants, any United States Bankruptcy Judge for the District of Delaware, the United States Trustee for Region 3 or any person employed by that office of the United States Trustee, that would conflict

with the scope of DRC's retention or would create any interest adverse to the Debtors' estates or any other party-in-interest.

8. The Debtors have thousands of creditors and, from time to time, DRC may have represented certain of those creditors in completely unrelated matters. Proposed counsel for the Debtors has provided DRC with a list of the Debtors' parties-in-interest (the "Conflicts List"), a copy of which is attached hereto as Exhibit 1.. I have caused an examination of these records to be made to determine which, if any, of the parties on the Conflicts List, DRC may have represented in the past or may be representing at the present time in totally unrelated matters. This search has disclosed that, to the best of my present knowledge, DRC has not in the past and is not currently representing any of the parties on the Conflicts List.

9. In addition, DRC has identified numerous vendors appearing on the Conflicts List that are also vendors of DRC, but DRC has not in the past, and is not currently, representing any of those vendors.

10. Certain of DRC's professionals were formerly employed by firms that may be creditors or may provide professional services to parties in interest in these cases. Such firms include Gavin/Solmonese, LLC, Klehr Harrison Harvey Branzburg LLP, Whiteford Taylor Preston, Buchanan Ingersoll & Rooney, Paul Hastings LLP, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, Kaye Scholer LLP, Skadden, Arps, Slate, Meagher & Flom LLP, Sheppard, Mullin, Richter & Hampton LLP, Baker & McKenzie LLP, Clifford Chance, Hughes Hubbard & Reed LLP, Davis Polk & Wardwell LLP, Leven Neale, Bender, Yoo & Brill LLP, Law Offices of David Carlebach, Blank Rome LLP, Anderson Kill, Willkie Farr & Gallagher LLP, Dechert LLP, Pryor Cashman LLP, Schulte Roth & Zabel LLP, Kurtzman Carson Consultants LLC, Epiq Bankruptcy Solutions, LLC, Rust Omni and Wells Fargo Bank. Except as disclosed herein,

these professionals did not work on any matters involving the Debtors while employed by their previous firms. Moreover, these professionals were not employed by their previous firms when these chapter 11 cases were filed. DRC is an affiliate of American Stock Transfer & Trust Company, LLC ("AST"). AST is a global financial communications and stakeholder management company. Within the AST corporate structure, DRC operates as a separate and independent legal entity. Given the legal and operational separateness of DRC from AST, DRC does not believe that any relationships that AST and its affiliates maintain would create an interest of DRC that would be materially adverse to the Debtors' estates or any class of creditors or equity security holders.

11.     Since the Debtors have not yet filed a full list of its creditors, there may be other creditors of the Debtors, that DRC may have or may be presently representing, but in no event is DRC representing any other creditor with respect to the Debtors' bankruptcy proceedings. To the extent I become aware of DRC having represented any other creditors of the Debtors, I will file a supplemental affidavit advising the Court of the same. To the extent that DRC discovers any facts bearing on matters described herein, DRC will supplement information contained herein.

12.     Notwithstanding anything contained herein, as part of its diverse business, DRC is the noticing, claims and balloting agent for debtors in numerous cases involving many different creditors (including taxing authorities), and professionals, including attorneys, accountants, investment bankers, and financial consultants, some of which may be creditors or represent creditors and parties-in-interest in these Chapter 11 Cases. In addition, DRC has in the past and will likely in the future continue working with or against other professionals involved in these chapter 11 Cases in matters unrelated to these chapter 11 Cases. Based upon my current

knowledge of the parties involved, and to the best of my knowledge, none of these business relations constitute interests adverse to that of the creditors, or the Debtors' estates, with respect to the matter upon which DRC is to be engaged.  Additionally, DRC employees may, in the ordinary course of their personal affairs, have relationships with certain creditors of the Debtors. However, to the best of my knowledge, such relationships, to the extent they exist, are of a personal nature and completely unrelated to these Chapter 11 Cases.

13.     Based upon the information available to me, I believe that DRC is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, in that DRC and its personnel: (a) are not creditors, equity security holders or insiders of the Debtors; (b) are not and were not, within two years before the date of the filing of these Chapter 11 Cases, a director, officer or employee of the Debtor; and (c) do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.  Prior to the filing of these Chapter 11 Cases, the Debtors paid DRC a retainer of $15,000.

14.     In performing the services identified above, DRC will charge the rates set forth in Schedule A to the Engagement Agreement annexed to the Application as **Exhibit B**. The rates set forth therein are as favorable and reasonable as the prices DRC charges in cases in which it has been retained to perform similar bankruptcy related services.

15.     DRC will comply with all requests of the Clerk's Office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c).

16.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge, information and belief.


Dated: March 13, 2017

_____
Roland Tomforde
Chief Operating Officer
Donlin, Recano & Company, Inc.

119448574_1

## Exhibit 1

### BOSTWICK LABORATORIES, INC., *ET AL.*
### POTENTIAL PARTIES IN INTEREST

**Debtors**
Bostwick Laboratories, Inc.
Bostwick Laboratories Holdings, Inc.

**Non-Debtor Affiliates**
Bostwick Laboratories Group Holdings, LP
Dr. David G. Bostwick
The Bostwick Group, LLC
Metalmark Capital Partners II GP, L.P.

**Secured Creditors**
DDI
GE Healthcare Financial Services
Healthcare Financial Solutions, LLC
Leica Biosystems
MCP (SILO) II AIF, L.P.
Metalmark Capital Holdings LLC
Metalmark Capital LLC
Metalmark Capital Partners Cayman II, L.P.
Metalmark Capital Partners II Co-Investment, L.P.
Metalmark Capital Partners II Executive Fund, L.P.
Metalmark Capital Partners II, L.P.
Metalmark Capital Partners TE II, L.P.
SHI International Corp
US Department of Justice

**20 Largest Unsecured Creditors on a Consolidated Basis**
Abbott Molecular
Biocare Medical
COMMISSIONER OF TAXATION AND FINANCE
Expense Reduction Analysts,
Federal Express
General Data Company, Inc
Highwoods Realty Limited
Lab Logistics, LLC
Leica Biosystems Imaging,
Roche Diagnostics
Ropes & Gray LLP

Ruskin, Moscou, Faltischek
Sienna Cancer Diagnostics
Therapak Corporation
United Healthcare
United Parcel Service
US Department of Justice
VWR International, Inc.
WINBROOK MANAGEMENT LLC
Xifin, Inc.


**Landlords**
HEAVEN III, LLC
Highwoods Realty Limited
OK TEX Partners, LTD
Theodore Affue M.D., Inc
WINBROOK MANAGEMENT LLC

**Cash Management Banks**
BANK OF AMERICA
UHC
CIGNA

**Current & Former Officers & Directors**
Brent Sower
David G. Bostwick
Fazle Husain
Gerard Diffley
Gordon Farley
Howard Hoffen
James Carroll
John Richardson
Martin Stefanelli
Michael Parsons
Robert Phillips
Shawn Wagner
Tammy Hunt
Vedran Pipinic
Wesley King

**Proposed DIP Lender and Stalking Horse Bidder**
Poplar Healthcare Management, LLC

**Insurance Companies & Brokers**
 ARGONAUT INSURANCE CO
 FEDERAL INSURANCE CO
 HANOVER INSURANCE COMPANY
 IRONSHORE INDEMNITY INC
 LLOYDS OF LONDON
 LLOYDS OF LONDON PRO PRAXIS
 RLI INSURANCE CO
 RSUI INDEMNITY CO
 TRAVELERS CASUALTY AND SURETY CO OF AMERICA
 USI INSURANCE SVC

**Utility Providers**
 AT AND T
 CENTURYLINK
 COMCAST
 COX COMMUNICATION
 EVAN WEINER ENTERPRISES
 FRONTIER
 HIGHWOODS REALTY LIMITED
 LEVEL 3 COMMUNICATIONS LLC
 NATIONAL GRID
 ORLANDO WASTE PAPER COMPANY
 OUC - THE RELIABLE ONE
 PSEGLI
 SPECTRUM BUSINESS SOLUTION
 STERICYCLE  INC
 TOLL FREE FOWARDINGCOM
 TOWN OF HEMPSTEAD
 TRIUMVIRATE ENVIRONMENTAL
 VERIZON
 WINDSTREAM
 WINTERS BROS  HAULING

**Taxing Authorities**
 FLORIDA DEPT OF TAXATION/REVENUE
 NEW YORK DEPT OF TAXATION/REVENUE
 OHIO DEPT OF TAXATION/REVENUE
 VIRGINIA DEPT OF TAXATION/REVENUE
 WASHINGTON DEPT OF TAXATION/REVENUE

**Chapter 11 Proposed Professionals**
Pepper Hamilton LLP
Carroll Services LLC

**Delaware Bankruptcy Judges**
Carey, Kevin J.
Gross, Kevin
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Walrath, Mary F.

**List of Attorneys in U.S. Trustee's Office, District of Delaware**
Attix, Lauren
Buchbinder, David
Casey, Linda
Cox, Natalie
Dortch, Shakima L.
Fox, Jr., Timothy J.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Kenney, Mark
Leamy, Jane
McCollum, Hannah M.
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Vara, Andrew R.
Vinson, Ramona
West, Michael
Wynn, Dion