# EXHIBIT C

## Tax Authorities

| **Authority** | **Tax Type** | **Address** | **Historically Paid on Annual Basis** | **Filing Frequency** |
|---|---|---|---|---|
| Florida | Sales & Use Tax | 5050 W. Tennessee St., Tallahassee, FL 32399-0112 | $3,398.58 | Monthly |
| Florida | Personal Property Tax | PO Box 545100, Orlando, FL 32854-5100 | $782.00 | Annually |
| NY | Sales & Use Tax | W A Harriman Campus, Albany, NY 12227 | $23,777.98 | Quarterly |
| OH | Commercial Activity Tax | PO Box 182101, Columbus, OH 43218-2101 | $4,760.47 | Quarterly |
| Virginia | Personal Property Tax | PO Box 90775, Henrico, VA 23228-0775 | $9,567.96 | Semiannual |
| Virginia | Sales & Use Tax | PO Box 1115, Richmond, VA 23218-1115 | $3,049.02 | Monthly |
| WA | Sales & Use Tax | PO Box 94481, Seattle, WA 98124-6781 | $6,272.70 | Monthly |