# EXHIBIT B

## Insurance Policies

| Insurance Coverage | Primary Carrier | Policy Number | Expiration Date | Liability Limit |
|---|---|---|---|---|
| Management Liability | Argonaut Insurance Co. | ML760146200 | July 1, 2017 | $3,000,000 |
| Business Auto | Federal Insurance Co. | 73584718 | July 1, 2017 | $1,000,000 |
| Commercial Property | Federal Insurance Co. | 36024730 | July 1, 2017 | $20,097,354 (total insured value) |
| Workers' Compensation | Federal Insurance Co. | 71743115 | July 1, 2017 | $1,000,000 |
| Medicaid Bonds | Hanover Insurance Company | BLR7654465 | Mar 11, 2018 | $50,000 |
| Second Excess D&O | Ironshore Indemnity Inc | 001716402 | July 1, 2017 | $5,000,000 |
| Commercial Liability | Lloyds of London | W12E83160501 | Sept. 1, 2017 | $3,000,000 |
| Cyber | Lloyds of London | 487558 | July 1, 2017 | $1,000,000 |
| Commercial Umbrella Liability | Lloyds of London / Pro-Praxis | FF100029 | Sept. 1, 2017 | $5,000,000 |
| Side A - Excess D&O | RLI Insurance Company | EPG0015017 | July 1, 2017 | $5,000,000 |
| First Excess D&O | RSUI Indemnity Co. | NHS663607 | July 1, 2017 | $2,000,000 |
| Crime Coverage | Travelers Casualty and Surety Co of America | 105641422 | July 1, 2017 | $500,000 |