**Exhibit A**
**Utilities Service List**

| Utility Type | Vendor Name | Address |
|---|---|---|
| Telephone/Internet | AT&T | PO Box 105414, Atlanta, GA 30348-5414<br><br>PO Box 5014, Carol Stream, IL 60197-5014 |
| Telephone | CenturyLink | PO Box 91155, Seattle, WA 98111-9255 |
| Internet | Comcast | PO Box 3001, Southeastern, PA 19398-3001 |
| Internet | Cox Communication | Department 102285,<br>PO Box 1259, Oaks, PA 19456<br><br>PO Box 53249, Phoenix, AZ 85072-3249 |
| Telephone | Evan Weiner Enterprises, | 1702 Bridgewater Court, Maidens, VA 23102 |
| Telephone | Frontier | PO Box 5157, Tampa, FL 33675 |
| Electric | Highwoods Realty Limited | PO Box 409370, Atlanta, GA 30384 |
| Telephone | Level 3 Communications LL | 1025 Eldorado Blvd., Broomfield, CO 80021<br><br>PO Box 910182, Denver, CO 80291-0182 |
| Gas | National Grid | Accounts Processing KEDLI, One Metro Tech Center, Brooklyn, NY 11201-3948 |
| Waste Removal | Orlando Waste Paper Company | PO BOX 547874, ORLANDO, FL 32854-7874 |
| Electric | OUC - The Reliable One | PO Box 31329, Tampa, FL 33631-3329 |
| Electric | PSEGLI | PO Box 9039, Hicksville, NY 11802-9039 |

| | | |
|---|---|---|
| Telephone/Internet | Spectrum Business Solutions | PO Box 30574, Tampa, FL 33630-3574 |
| Waste Removal | Stericycle Inc. | 410 Commercial Ave., Northbrook, IL, 60062<br>PO Box 6575, Carol Stream, IL 60197-6575 |
| Telephone | Toll Free Fowarding.Com | 9841 Airport Blvd., 9th Floor, Los Angeles, CA 90045-5421 |
| Water | Town of Hempstead | 1995 Prospect Avenue, East Meadow, NY 11554 |
| Waste Removal | Triumvirate Environmental | Dept. 106042, P.O. Box 150502, Hartford, CT 06115-0502 |
| Telephone/Internet | Verizon | PO Box 15124, Albany, NY 12212-5124<br><br>PO Box 25505 Lehigh Valley, PA 18002-5505<br><br>PO Box 4830, Trenton, NJ 08650-4830 |
| Telephone | Windstream | Attn: Support Services, 1720 Galleria Blvd, Charlotte, NC 28270<br><br>Attn: Customer Care, PO Box 3177, Cedar Rapids, IA 52406-3177 |
| Waste Removal | Winters Bros. Waste Systems | 120 Nancy Street, West Babylon, NY 11704 |

#42983006 v1