**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 17-10570 (BLS)<br><br>(Joint Administration Requested)<br><br>Hearing Date: March 16, 2017 at 10:30 a.m. |

## NOTICE OF FIRST DAY HEARING

PLEASE TAKE NOTICE that on March 15, 2017 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware.  The Debtors continue to operate their business and manage their property as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

PLEASE TAKE FURTHER NOTICE that a hearing will be held in the above-captioned bankruptcy cases (the "First Day Hearing") on **March 16, 2017 at 10:30 a.m. (Eastern Time)** before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that at the First Day Hearing, the Court will consider the following applications, motions and supporting pleadings (collectively, the "Motions") filed by the Debtors:

---

[1]   The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

#43064920 v2

1. Declaration of Tammy Hunt in Support of Chapter 11 Petitions and First Day Pleadings (Filed 3/15/17; Docket No. 3).

2. Debtors' Motion For Entry of An Order Directing Joint Administration Of The Debtors' Chapter 11 Cases (Filed 3/15/17; Docket No. 4).

3. Application for an Order Appointing Donlin, Recano & Company, Inc., Nunc Pro Tunc as of the Petition Date, As Claims And Noticing Agent for the Debtors Pursuant to 28 U.S.C. § 156(c) (Filed 3/15/17; Docket No. 5).

4. Debtors' Motion for Entry of Interim and Final Orders Authorizing Continued Use of the Debtors' Cash Management System (Filed 3/15/17; Docket No. 6).

5. Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations (Filed 3/15/17; Docket No. 8).

6. Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Certain Obligations to Customers and Continue Prepetition Customer Practices in the Ordinary Course of Business (Filed 3/15/17; Docket No. 9).

7. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Taxes (Filed 3/15/17; Docket No. 10).

8. Debtors' Motion for Entry of an Order Authorizing the Debtors to Continue Insurance Policies and Pay Related Obligations (Filed 3/15/17; Docket No. 11).

9. Debtors' Motion for Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors (Filed 3/15/17; Docket No. 12).

10. Debtors' Motion for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers (Filed 3/15/17; Docket No. 13).

11. Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(d)(1), 364(e) and 507 of the Bankruptcy Code (I) Authorizing Bostwick Laboratories, Inc. to (A) Obtain Post-Petition Secured Financing from Poplar Healthcare, PLLC; (B) Utilize Cash Collateral; and (II) Scheduling a Final Hearing (Filed 3/15/17; Docket No. 14).

12. Debtors' Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Bid Procedures and Bid Protections Component of the Debtors' Sale Motion (Filed 3/15/17; Docket No. 16).

-3-

PLEASE TAKE FURTHER NOTICE that copies of the Motions may be inspected in the office of the Clerk of the Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov, under Case No. 17-10570 (BLS). Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents through the Court's website. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. The Motions may also be obtained free of charge at the website maintained by Donlin, Recano & Company, Inc. ("DRC"), the proposed noticing agent to the Debtors, in these bankruptcy cases at www.donlinrecano.com/bostwick.

| | |
|---|---|
| Dated: March 15, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ Evelyn J. Meltzer<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>*Proposed Counsel for Bostwick Laboratories, Inc.* |

#43064920 v2