## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, Inc., *et al.*,[1] | Case No. 17-10570 (BLS) |
| Debtors. | (Joint Administration) |
| | **Objection Deadline:** **March 28, 2017** at **4:00 p.m. (ET)**<br>**Hearing Date:** **April 3, 2017 at 10:00 a.m. (ET)** |

**NOTICE OF DEBTORS' COMBINED MOTION FOR ENTRY OF
(I) AN ORDER (A) AUTHORIZING AND APPROVING BIDDING PROCEDURES,
BREAK-UP FEE AND EXPENSE REIMBURSEMENT, (B) AUTHORIZING AND
APPROVING THE DEBTORS' PERFORMANCE OF PRE-CLOSING OBLIGATIONS
UNDER THE STALKING HORSE ASSET PURCHASE AGREEMENT, (C)
APPROVING NOTICE PROCEDURES, (D) SCHEDULING A SALE HEARING AND
(E) APPROVING PROCEDURES FOR ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND
DETERMINING CURE AMOUNTS; AND (II) AN ORDER (A) AUTHORIZING AND
APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS
FREE AND CLEAR OF ALL CLAIMS, LIENS, RIGHTS, INTERESTS AND
ENCUMBRANCES, (B) APPROVING THE ASSET PURCHASE AGREEMENT AND
(C) AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

PLEASE TAKE NOTICE that on March 15, 2017, the above-captioned debtors

and debtors in possession (the "**Debtors**") filed the *Debtors' Combined Motion for Entry of*

*(I) an Order (A) Authorizing and Approving Bidding Procedures, Break-Up Fee and Expense*

*Reimbursement, (B) Authorizing and Approving the Debtors' Performance of Pre-Closing*

*Obligations Under the Stalking Horse Asset Purchase Agreement, (C) Approving Notice*

*Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and*

*Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure*

*Amounts; and (II) an Order (A) Authorizing and Approving the Sale of Substantially All of the*

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

*Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* (the "**Motion**") [DI 15] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

PLEASE TAKE NOTICE that on March 17, 2017, the Court entered the *Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Bid Procedures and Bid Protections Component of Debtors' Sale Motion* (the "**Order**") [DI 39].

PLEASE TAKE FURTHER NOTICE that any objections and/or other responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned proposed counsel for the Debtors by no later than **March 28, 2017 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that the Motion and any objections or responses or thereto shall be considered at a hearing before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **April 3, 2017 at 10:00 a.m. (Eastern Time)**.

Dated:  March 17, 2017
       Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP


 /s/ John H. Schanne II
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
John H. Schanne II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709

Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
E-mail: strattonb@pepperlaw.com
meltzere@pepperlaw.com
schannej@pepperlaw.com

*Proposed Attorneys for the Debtors and*
*Debtors in Possession*

#43146623 v1