# EXHIBIT B

# POST-PETITION NOTE

$5,116,000.00                                                                                                  Memphis, Tennessee
                                                                                                                       March __, 2017


On May 30, 2017, (the "Maturity Date") or at such earlier time as provided herein, the undersigned, **Bostwick Laboratories, Inc.**, a Delaware corporation ("Maker"), promises to pay to the order of **Poplar Healthcare PLLC**, a Tennessee professional limited liability company located in Memphis, Tennessee ("Lender"), the principal sum of FIVE MILLION ONE HUNDRED SIXTEEN THOUSAND DOLLARS ($5,116,000.00) or so much of such amount as shall have been disbursed, together with interest at the rate of eight percent (8.0%) per annum, until paid, upon the disbursed and unpaid principal balance.

Accrued, unpaid interest on the Post-Petition Note shall be compounded on the last day of each calendar month. After the Maturity Date and/or after the occurrence and during the continuance of an Event of Default, this Post-Petition Note shall bear interest at a rate equal to the interest rate set forth in the paragraph above plus two percent (2%) per annum, calculated on the basis of a 360-day year for the actual number of days elapsed (the "Default Interest Rate").

In the event that the foregoing provisions should be construed by a court of competent jurisdiction not to constitute a valid, enforceable designation of a rate of interest or method of determining same, the indebtedness hereby evidenced shall bear interest at the maximum effective variable contract rate which may be charged by the Lender under applicable law from time to time in effect.

The Maker can obtain advances against the principal (each a "Credit Advance" and collectively, the "Credit Advances") upon submission of a Borrowing Notice to Lender, until the Maturity Date, but cannot reborrow disbursed amounts.

The outstanding principal balance and interest accrued thereon shall be due and payable on the earlier to occur of (i) the date of the Closing of the Asset Sale; (ii) the Maturity Date; or (iii) upon acceleration of the Post-Petition Note pursuant to the terms hereof.

This Post-Petition Note is secured by the Collateral.

Payment of interest, and the principal hereof shall be made at the office of the Lender, 3495 Hacks Cross Road, Memphis, Tennessee 38125, or at such other place as the holder may designate in writing, in lawful money of the United States of America, which shall be legal tender in payment of all debts and dues, public and private, at the time of payment.

Upon the occurrence of an Event of Default, then, and in any such event, Lender, by notice to the Borrower, may declare the Credit Advances, all interest thereon and all other amounts payable under this Post-Petition Note to be forthwith due and payable, whereupon the Credit Advances, all such interest and all such amounts shall become and be forthwith due and payable, without presentment, demand, protest or further notice of any kind, all of which are hereby expressly waived by the Borrower.

If this Post-Petition Note is placed in the hands of an attorney for collection, by suit or otherwise, or to protect the security for its payment, or to enforce its collection, or to represent the rights of the Lender in connection with any loan documentation executed in connection herewith, or to defend successfully against any claim, cause of action or suit brought by the Maker against the Lender, the Maker shall pay on demand all costs of collection and litigation (including court costs), together with a reasonable attorney's fee.

This Post-Petition Note is made and issued in accordance with, and shall be governed by the terms of that certain Debtor-In-Possession Credit Agreement executed between Maker and Lender. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in that certain Debtor-in-Possession Credit Agreement.

This Post-Petition Note shall be governed by, and construed in accordance with, the laws of the State of Delaware.

**Bostwick Laboratories, Inc**

By:_____

Title:_____