# EXHIBIT C

**Bostwick Laboratories Inc**
**Cash Forecast/ DIP Budget**

| | Forecast<br>*At Filing*<br>15-Mar | Forecast<br>*Daily*<br>16-Mar | Forecast<br>*Daily*<br>17-Mar | Forecast<br>Week 1<br>24-Mar | Forecast<br>Week 2<br>31-Mar | Forecast<br>Week 3<br>7-Apr | Forecast<br>Week 4<br>14-Apr | Forecast<br>Week 5<br>21-Apr | Forecast<br>Week 6<br>28-Apr | Forecast<br>Week 7<br>5-May | Forecast<br>Week 8<br>13-May | Forecast<br>Week 9<br>20-May | Forecast<br>Week 10<br>27-May | Forecast<br>Week 11<br>3-Jun | Forecast<br>Week 12<br>10-Jun | Forecast<br>Week 13<br>17-Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Cash | 665,315 | 813,773 | 916,037 | 776,509 | 1,492,797 | 1,067,354 | 1,388,575 | 1,711,780 | 2,201,946 | 1,964,643 | 918,870 | 916,770 | 914,670 | 204,850 | 177,750 | 177,750 | 665,315 |
| **Cash Receipts** | | | | | | | | | | | | | | | | | |
| Cash Receipts | 148,458 | 102,264 | 96,335 | 671,928 | 655,667 | 651,799 | 650,398 | 674,733 | 699,068 | - | - | - | - | - | - | - | 4,350,650 |
| Poplar Funding -DIP | - | - | - | 1,573,000 | - | 1,000,000 | - | 793,000 | - | - | - | - | - | - | - | - | 3,366,000 |
| Poplar Take out of Secured Facility | - | - | 1,750,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,750,000 |
| Sale Proceeds | - | - | - | - | - | - | - | - | - | 289,000 | - | - | - | - | - | - | 289,000 |
| **Total Cash Receipts** | 148,458 | 102,264 | 1,846,335 | 2,244,928 | 655,667 | 1,651,799 | 650,398 | 1,467,733 | 699,068 | 289,000 | - | - | - | - | - | - | 9,755,650 |
| **Total Available Cash** | **813,773** | **916,037** | **2,762,373** | **3,021,437** | **2,148,464** | **2,719,153** | **2,038,973** | **3,179,513** | **2,901,014** | **2,253,643** | **918,870** | **916,770** | **914,670** | **204,850** | **177,750** | **177,750** | **10,420,966** |
| **Cash Disbursements** | | | | | | | | | | | | | | | | | |
| Payroll commissions and related benefits | | | 1,000 | 771,213 | 41,500 | 774,493 | 1,000 | 745,993 | 176,394 | 833,550 | - | - | 162,720 | 25,000 | - | - | 3,532,863 |
| Logistics and shipping cost | | | - | 65,963 | 57,682 | 54,103 | 57,730 | 60,000 | 57,000 | 57,000 | 57,000 | - | - | 25,000 | - | - | - | 491,478 |
| Laboratory Costs | | | - | 114,719 | 494,927 | 374,109 | 325,240 | 213,750 | 98,519 | 129,494 | 60,618 | - | - | - | - | - | - | 1,811,376 |
| IT - Technology Support | | | - | 21,400 | 41,352 | 39,650 | 15,500 | 14,331 | 21,000 | 46,534 | 33,000 | - | - | - | - | - | 232,767 |
| Rent Expense | | | - | 8,645 | 135,855 | 71,000 | 135,855 | 20,000 | 8,645 | 2,000 | 135,855 | - | - | - | - | - | 517,855 |
| Insurance | | | - | - | - | 57,648 | - | - | - | 57,648 | - | - | - | - | - | - | 115,296 |
| Office Expense and other | | | - | 8,830 | 4,700 | 4,100 | 13,060 | 4,100 | 8,700 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | - | - | 56,090 |
| Utilities and waste removal | | | - | 15,307 | 22,911 | 9,000 | 8,700 | 14,012 | 24,710 | 10,201 | 13,000 | - | - | 15,000 | - | - | - | 132,841 |
| **Bankruptcy Costs** | | | | | | | | | | | | | | | | | - |
| Debtor Counsel | - | - | - | - | 250,000 | - | - | - | 200,000 | - | - | - | 200,000 | - | - | - | 650,000 |
| CRO Fees | - | - | - | - | 60,000 | - | - | - | 60,000 | - | - | - | 40,000 | - | - | - | 160,000 |
| US Trustee Fees | - | - | - | - | - | - | - | 13,000 | - | - | - | - | - | - | - | 13,000 | 26,000 |
| Investment Bank Fee | - | - | - | - | 50,000 | - | - | - | 50,000 | 199,650 | - | - | - | - | - | - | 299,650 |
| Claims Agent | - | - | - | - | 50,000 | - | - | - | 25,000 | - | - | - | 10,000 | - | - | - | 85,000 |
| Unsecured Creditor Committee | - | - | - | - | - | - | - | - | 50,000 | - | - | - | - | - | - | - | 50,000 |
| UCC Financial Advisors | - | - | - | - | - | - | - | - | 50,000 | - | - | - | - | - | - | - | 50,000 |
| Pay down revolver | - | - | 1,750,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,750,000 |
| **Post Sale Estate Wind Down** | | | | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | | | - |
| Wind Down Expense | - | - | - | - | 20,000 | - | - | 20,000 | - | - | - | - | 255,000 | - | - | - | 295,000 |
| **Total Cash Disbursements** | - | - | 1,985,864 | 1,528,640 | 1,081,110 | 1,330,578 | 327,193 | 977,567 | 936,371 | 1,334,773 | 2,100 | 2,100 | 709,820 | 27,100 | - | 13,000 | 10,256,216 |
| *Change in Cash* | 148,458 | 102,264 | (139,529) | 716,288 | (425,443) | 321,221 | 323,205 | 490,166 | (237,303) | (1,045,773) | (2,100) | (2,100) | (709,820) | (27,100) | - | (13,000) | (500,566) |
| **Ending Cash** | 813,773 | 916,037 | 776,509 | 1,492,797 | 1,067,354 | 1,388,575 | 1,711,780 | 2,201,946 | 1,964,643 | 918,870 | 916,770 | 914,670 | 204,850 | 177,750 | 177,750 | 164,750 | 164,750 |