IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10570 (BLS)<br><br>(Joint Administration)<br><br>Objection Deadline: April 6, 2017 at 4:00 p.m. (ET)<br>Hearing Date: April 13, 2017 at 9:00 a.m. (ET) |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105, 361, 362, 363(C), 364(C)(1), 364(C)(2), 364(D)(1), 364(E) AND 507 OF THE BANKRUPTCY CODE (I) AUTHORIZING BOSTWICK LABORATORIES, INC. TO (A) OBTAIN POST-PETITION SECURED FINANCING FROM POPLAR HEALTHCARE, PLLC; (B) UTILIZE CASH COLLATERAL; AND (II) SCHEDULING A FINAL HEARING WITH THIS COURT**

PLEASE TAKE NOTICE that on March 15, 2017 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their business and manage their property as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

PLEASE TAKE FURTHER NOTICE that on March 15, 2017, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(d)(1), 364(e) and 507 of the Bankruptcy Code (I) Authorizing Bostwick Laboratories, Inc. to (A) Obtain Post-Petition Secured Financing From Poplar Healthcare, PLLC; (B) Utilize Cash Collateral; and (II) Scheduling A Final Hearing* (the "DIP

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

#43204299 v1

Motion") (Docket No. 14), with this Court, which DIP Motion sought both interim and final relief.

PLEASE TAKE FURTHER NOTICE that the DIP Motion was presented to this Court at the hearings held on March 16, 2017, March 17, 2017 and March 20, 2017.

PLEASE TAKE FURTHER NOTICE that on March 20, 2017, this Court entered an order approving the DIP Motion on an interim basis (the "Interim DIP Order") (Docket No. 60).

PLEASE TAKE FURTHER NOTICE that a hearing to consider final approval of the DIP Motion is scheduled for **April 13, 2017 at 9:00 a.m. (Eastern Time)** (the "Second Day Hearing") before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the DIP Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Debtors on or before **April 6, 2017 at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE DIP MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE DIP MOTION WITHOUT FURTHER NOTICE OR HEARING**.

#43204299 v1

Dated: March 21, 2017
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

<u>/s/ Evelyn J. Meltzer</u>
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

*Proposed Counsel for the Debtors*

#43204299 v1