# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10570 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: April 4, 2017 at 4:00 p.m. (ET)<br>Hearing Date: April 13, 2017 at 9:00 a.m. (ET) |

## NOTICE OF DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. §§ 327(A), 330 AND 331 AND RULES 2014 AND 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 2014-1 FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF DONLIN, RECANO & COMPANY, INC., *NUNC PRO TUNC*, AS ADMINISTRATIVE AGENT FOR THE DEBTORS

PLEASE TAKE NOTICE that on March 21, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application Pursuant to 11 U.S.C. §§ 327(a), 330 and 331 and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1 for an Order Authorizing the Employment and Retention of Donlin, Recano & Company, Inc., Nunc Pro Tunc, as Administrative Agent for the Debtors* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned proposed counsel for the Debtors on or before **April 4, 2017 at 4:00 p.m. (Eastern Time)**.

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

#43197028 v1

PLEASE TAKE FURTHER NOTICE that if any objections are received, the Application and such objections shall be considered at a hearing before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **April 13, 2017 at 9:00 a.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that a copy of the Application is available on the website maintained by the Debtors' notice and claims agent, Donlin, Recano & Company, Inc (www.donlinrecano.com/bostwick).

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING**.

| | |
|---|---|
| Dated: March 21, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ John H. Schanne, II<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>*Proposed Counsel for the Debtors* |

-2-

#43197028 v1