**EXHIBIT B**

**AFFIDAVIT**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 17- 10570 (BLS)<br><br>(Jointly Administered) |

**DECLARATION OF ROLAND TOMFORDE IN SUPPORT OF DEBTORS'
APPLICATION PURSUANT TO 11 U.S.C. §§ 327(a), 328, AND 330, RULES 2014
AND 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,
AND LOCAL BANKRUPTCY RULES 2014-1 AND 2016-2 FOR AN ORDER
AUTHORIZING THE EMPLOYMENT AND RETENTION OF
DONLIN, RECANO & COMPANY, INC., AS ADMINISTRATIVE AGENT
FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

Roland Tomforde hereby declares, under penalty of perjury, as follows:

1. I am the Chief Operating Officer of Donlin, Recano & Company, Inc. ("DRC"), a chapter 11 claims administrative services firm, whose offices are located at 6201 15th Avenue, Brooklyn, New York 11219.

2. I submit this declaration (this "Declaration") in support of the application (the "Application")[3] for an order appointing DRC as administrative agent (the "Administrative Agent") for the Debtors pursuant to sections 327(a), 328, 330 of the Bankruptcy Code. Except as otherwise noted, I have personal knowledge of the facts contained in this Declaration.

3. As administrative agent, DRC will perform the Administrative Services specified in the Application and the Services Agreement.

---

[2] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

119472827_1

4. The fees that DRC will charge in connection with the Administrative Services it renders to the Debtors are set forth in the Services Agreement. DRC's rates are competitive and comparable to the rates DRC's competitors charge for similar services and are reasonable given the quality of DRC's services and DRC's bankruptcy expertise. DRC will seek reimbursement from the Debtors in accordance with the terms of the Services Agreement.

5. DRC intends to apply to the Court for allowance of compensation and reimbursement of out-of-pocket expenses incurred after the Petition Date in connection with its services as Administrative Agent to the Debtors, subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of this Court.

6. DRC is one of the country's leading chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of chapter 11 cases. DRC has provided identical or substantially similar services in other chapter 11 cases filed in this District and elsewhere, including, the Debtors' predecessors' cases. *See e.g.*, *In re: Emerald Oil, Inc., et al.*, Case No. 16-10704 (KG) (Bankr. D. Del. 2016); *In re: Roadhouse Holding Inc., et al.*, Case No. 16-11819 (BLS) (Bankr. D. Del. 2016); *In re: Solutions Liquidation LLC, et al.,* Case No. 16-10627 (CSS) (Bankr. D. Del. 2016); *In re: Newbury Common Associates, LLC, et al.*, Case No. 15-12507 (LSS) (Bankr. D. Del. 2015); *In re: Boomerang Tube, LLC, et al.*, Case No. 15-11247 (MFW) (Bankr. D. Del. 2015); *In re: The Wet Seal, Inc. ,et al.,* Case No. 15-10081 (CSS) (Bankr. D. Del. 2015); *In re: Longview Power, LLC, et al.,* Case No. 13-12211 (BLS) (Bankr. D. Del. 2013); *In re: Rural/Metro Corporation et al.*, Case No. 13-11952 (KJC) (Bankr. D. Del. 2013); *In re: Handy Hardware Wholesale, Inc.,*

Case No. 13-10060 (MFW) (Bankr. D. Del. 2013); *In re: Prommis Holdings, LLC., et al.*, Case No. 13-10551 (BLS) (Bankr. D. Del. 2013).

7. I represent, among other things, that:

(a) DRC will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the administrative agent in these Chapter 11 Cases;

(b) by accepting employment in these Chapter 11 Cases, DRC waives any right to receive compensation from the United States government in connection with these Chapter 11 Cases;

(c) DRC is not an agent of the United States and is not acting on behalf of the United States in these Chapter 11 Cases; and

(d) DRC will not intentionally misrepresent any fact to the public.

8. DRC will not employ any past or present employee of the Debtors for work that involves the Debtors' bankruptcy proceedings. The terms of DRC's retention are set forth in Exhibit B annexed to the Application.

9. To the best of my knowledge and belief, and based solely upon information provided to me by the Debtors and except as provided herein, neither DRC, nor any employee of DRC, holds nor represents any interest materially adverse to the Debtors, their estates or their creditors with respect to matters upon which DRC is to be engaged.

10. To the best of my knowledge and belief, and based solely upon information provided to me by the Debtors and except as provided herein, neither DRC, nor any employee of DRC, has any materially adverse connections to the Debtors, their creditors or equity interest holders, or other relevant parties, their respective attorneys and accountants, any United States Bankruptcy Judge for the District of Delaware, the United States Trustee for the District of Delaware, or any person employed by that office of the United States Trustee, that would

conflict with the scope of DRC's retention or would create any interest adverse to the Debtors' estates or any other party-in-interest.

11. The Debtors have thousands of creditors and, from time to time, DRC may have represented certain of those creditors in completely unrelated matters. Proposed counsel for the Debtors has provided DRC with a list of the Debtors' parties-in-interest (the "Conflicts List"), a copy of which is attached hereto as Exhibit 1. I have caused an examination of these records to be made to determine which, if any, of the parties on the Conflicts List, DRC may have represented in the past or may be representing at the present time in totally unrelated matters. This search has disclosed that, to the best of my present knowledge, DRC has not in the past and is not currently representing any of the parties on the Conflicts List.

12. On the date hereof, the Debtors have filed an application to have DRC appointed as the Debtors' claims and noticing agent in these Chapter 11 Cases pursuant to 28 U.S.C. § 156(c) and Local Rule 2002-1(f). *See* D.I. 44.

13. In addition, DRC has identified numerous vendors appearing on the Conflicts List that are also vendors of DRC, but DRC has not in the past, and is not currently, representing any of those vendors.

14. Certain of DRC's professionals were formerly employed by firms that may be creditors or may provide professional services to parties in interest in these cases. Such firms include Gavin/Solmonese LLP, Klehr Harrison Harvey Branzburg, Whiteford Taylor Preston, Buchanan Ingersoll & Rooney, Paul Hastings LLP, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, Kaye Scholer LLP, Skadden, Arps, Slate, Meagher & Flom LLP, Sheppard, Mullin, Richter & Hampton LLP, Baker & McKenzie LLP, Clifford Chance, Hughes Hubbard & Reed LLP, Davis Polk & Wardwell LLP, Leven Neale, Bender, Yoo & Brill LLP, Law Offices of

David Carlebach, Blank Rome LLP, Anderson Kill, Willkie Farr & Gallagher LLP, Dechert LLP, Pryor Cashman LLP, Schulte Roth & Zabel LLP, Kurtzman Carson Consultants LLC, Epiq Bankruptcy Solutions, LLC, Rust Omni and Wells Fargo Bank. Except as disclosed herein, these professionals did not work on any matters involving the Debtors while employed by their previous firms. Moreover, these professionals were not employed by their previous firms when these Chapter 11 Cases were filed.

15. DRC is an affiliate of American Stock Transfer & Trust Company, LLC ("AST"). AST is a global financial communications and stakeholder management company. Within the AST corporate structure, DRC operates as a separate and independent legal entity. Given the legal and operational separateness of DRC from AST, DRC does not believe that any relationships that AST and its affiliates maintain would create an interest of DRC that would be materially adverse to the Debtors' estates or any class of creditors or equity security holders.

16. To the extent I become aware of DRC having represented any other creditors of the Debtors, I will file a supplemental declaration advising the Court of the same. To the extent that DRC discovers any facts bearing on matters described herein, DRC will supplement information contained herein.

17. Notwithstanding anything contained herein, as part of its diverse business, DRC is the noticing, claims, and balloting agent for debtors in numerous cases involving many different creditors (including taxing authorities), and professionals, including attorneys, accountants, investment bankers, and financial consultants, some of which may be creditors or represent creditors and parties-in-interest in these Chapter 11 Cases. In addition, DRC has in the past and will likely in the future continue working with or against other professionals involved in these Chapter 11 Cases in matters unrelated to these Chapter 11 Cases. Based upon my current

knowledge of the parties involved, and to the best of my knowledge, none of these business relations constitute interests adverse to that of the creditors, or the Debtors' estates, with respect to the matter upon which DRC is to be engaged. Additionally, DRC employees may, in the ordinary course of their personal affairs, have relationships with certain creditors of the Debtors. However, to the best of my knowledge, such relationships, to the extent they exist, are of a personal nature and completely unrelated to these Chapter 11 Cases.

18. Based upon the information available to me, I believe that DRC is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code in that DRC and its personnel: (i) are not creditors, equity security holders, or insiders of the Debtors; (ii) are not and were not, within two years before the date of the filing of these Chapter 11 Cases, directors, officers, or employees of the Debtor; and (iii) do not have an interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

19. Prior to the filing of these Chapter 11 Cases, the Debtors paid DRC a retainer of $15,000.00 in connection with retention under the Section 156 (c) Application.

20. Should DRC discover any new relevant facts or relationships bearing on the matters described herein during the period of its retention, DRC will use reasonable efforts to promptly file a supplemental declaration.

21. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 21, 2017

_____
Roland Tomforde
Chief Operating Officer
Donlin, Recano & Company, Inc.

# Exhibit 1

**BOSTWICK LABORATORIES, INC., *ET AL.*
POTENTIAL PARTIES IN INTEREST**

**Debtors**
Bostwick Laboratories, Inc.
Bostwick Laboratories Holdings, Inc.

**Non-Debtor Affiliates**
Bostwick Laboratories Group Holdings, LP
Dr. David G. Bostwick
The Bostwick Group, LLC
Metalmark Capital Partners II GP, L.P.

**Secured Creditors**
DDI
GE Healthcare Financial Services
Healthcare Financial Solutions, LLC
Leica Biosystems
MCP (SILO) II AIF, L.P.
Metalmark Capital Holdings LLC
Metalmark Capital LLC
Metalmark Capital Partners Cayman II, L.P.
Metalmark Capital Partners II Co-Investment, L.P.
Metalmark Capital Partners II Executive Fund, L.P.
Metalmark Capital Partners II, L.P.
Metalmark Capital Partners TE II, L.P.
SHI International Corp
US Department of Justice


**20 Largest Unsecured Creditors on a Consolidated Basis**
Abbott Molecular
Biocare Medical
COMMISSIONER OF TAXATION AND FINANCE
Expense Reduction Analysts,
Federal Express
General Data Company, Inc
Highwoods Realty Limited
Lab Logistics, LLC
Leica Biosystems Imaging,
Roche Diagnostics
Ropes & Gray LLP

Ruskin, Moscou, Faltischek
Sienna Cancer Diagnostics
Therapak Corporation
United Healthcare
United Parcel Service
US Department of Justice
VWR International, Inc.
WINBROOK MANAGEMENT LLC
Xifin, Inc.


**Landlords**
HEAVEN III, LLC
Highwoods Realty Limited
OK TEX Partners, LTD
Theodore Affue M.D., Inc
WINBROOK MANAGEMENT LLC

**Cash Management Banks**
BANK OF AMERICA
UHC
CIGNA

**Current & Former Officers & Directors**
Brent Sower
David G. Bostwick
Fazle Husain
Gerard Diffley
Gordon Farley
Howard Hoffen
James Carroll
John Richardson
Martin Stefanelli
Michael Parsons
Robert Phillips
Shawn Wagner
Tammy Hunt
Vedran Pipinic
Wesley King

**Proposed DIP Lender and Stalking Horse Bidder**
Poplar Healthcare Management, LLC

**Insurance Companies & Brokers**
  ARGONAUT INSURANCE CO
  FEDERAL INSURANCE CO
  HANOVER INSURANCE COMPANY
  IRONSHORE INDEMNITY INC
  LLOYDS OF LONDON
  LLOYDS OF LONDON PRO PRAXIS
  RLI INSURANCE CO
  RSUI INDEMNITY CO
  TRAVELERS CASUALTY AND SURETY CO OF AMERICA
  USI INSURANCE SVC

**Utility Providers**
  AT AND T
  CENTURYLINK
  COMCAST
  COX COMMUNICATION
  EVAN WEINER ENTERPRISES
  FRONTIER
  HIGHWOODS REALTY LIMITED
  LEVEL 3 COMMUNICATIONS LLC
  NATIONAL GRID
  ORLANDO WASTE PAPER COMPANY
  OUC - THE RELIABLE ONE
  PSEGLI
  SPECTRUM BUSINESS SOLUTION
  STERICYCLE  INC
  TOLL FREE FOWARDINGCOM
  TOWN OF HEMPSTEAD
  TRIUMVIRATE ENVIRONMENTAL
  VERIZON
  WINDSTREAM
  WINTERS BROS  HAULING

**Taxing Authorities**
  FLORIDA DEPT OF TAXATION/REVENUE
  NEW YORK DEPT OF TAXATION/REVENUE
  OHIO DEPT OF TAXATION/REVENUE
  VIRGINIA DEPT OF TAXATION/REVENUE
  WASHINGTON DEPT OF TAXATION/REVENUE

- 3 -
119472827_1

**Chapter 11 Proposed Professionals**
Pepper Hamilton LLP
Carroll Services LLC

**Delaware Bankruptcy Judges**
 Carey, Kevin J.
 Gross, Kevin
 Shannon, Brendan L.
 Silverstein, Laurie Selber
 Sontchi, Christopher S.
 Walrath, Mary F.


**List of Attorneys in U.S. Trustee's Office, District of Delaware**
 Attix, Lauren
 Buchbinder, David
 Casey, Linda
 Cox, Natalie
 Dortch, Shakima L.
 Fox, Jr., Timothy J.
 Giordano, Diane
 Green, Christine
 Hackman, Benjamin
 Heck, Jeffrey
 Kenney, Mark
 Leamy, Jane
 McCollum, Hannah M.
 Murray, Tony
 O'Malley, James R.
 Panacio, Michael
 Patton, Tiiara
 Sarkessian, Juliet
 Schepacarter, Richard
 Serrano, Edith A.
 Starr, Karen
 Tinker, T. Patrick
 Vara, Andrew R.
 Vinson, Ramona
 West, Michael
 Wynn, Dion