# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, Inc., *et al.*,[1] | Case No. 17-10570 (BLS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: April 4, 2017 at 4:00 p.m. (ET)<br>Hearing Date: April 13, 2017 at 9:00 a.m. (ET) |

## NOTICE OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 327(A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF PEPPER HAMILTON LLP AS COUNSEL TO THE DEBTORS, NUNC PRO TUNC TO THE PETITION DATE

PLEASE TAKE NOTICE that on March 21, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. § 327(a) Authorizing the Employment and Retention of Pepper Hamilton LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned proposed counsel for the Debtors on or before **4:00 p.m. (Eastern Time) on April 4, 2017**.

PLEASE TAKE FURTHER NOTICE that if any objections are received, the Application and such objections shall be considered at a hearing before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **April 13, 2017 at 9:00 a.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that a copy of the Application is available on the website maintained by the Debtors' notice and claims agent, Donlin, Recano & Company, Inc (www.donlinrecano.com/bostwick).

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING**.

Dated: March 21, 2017
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

*Proposed Counsel for the Debtors*

#43196803 v1