# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, Inc., *et al.*,[1] | Case No. 17- 10570 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF DAVID B. STRATTON IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PEPPER HAMILTON LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, DAVID B. STRATTON, under penalty of perjury, states as follows:

1. This declaration (the "Declaration") is being submitted in support of the application (the "Application") of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order authorizing the employment and retention of Pepper Hamilton LLP ("Pepper Hamilton") as counsel to the Debtors.

2. I am a partner in the law firm of Pepper Hamilton. I make this Declaration pursuant to sections 327, 328, 329 and 504 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.* as amended, the "Bankruptcy Code"), Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

3. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent that any information disclosed herein requires amendment or modification upon Pepper Hamilton's completion of further analysis or as additional party-in-interest

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

#42990177 v3

information becomes available to me, Pepper Hamilton will submit a supplemental verified statement to this Court.

## SERVICES TO BE RENDERED

4. The professional services that Pepper Hamilton will render to the Debtors include, but shall not be limited to, the following:

(a) advising the Debtors of their rights, powers, and duties as debtors and debtors in possession under chapter 11 of the Bankruptcy Code;

(b) taking action to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of actions commenced against the Debtors in these chapter 11 cases, the negotiation of disputes in which the Debtors are involved, and the preparation of objections to claims filed against the Debtors;

(c) assisting in preparing on behalf of the Debtors all motions, applications, answers, orders, reports, and papers in connection with the administration of the Debtors' estates;

(d) prosecuting on behalf of the Debtors the proposed sale and any proposed plan and seeking approval of all transactions contemplated therein and in any amendments thereto; and

(e) performing other necessary or desirable legal services in connection with these chapter 11 cases.

5. Pepper Hamilton has agreed to act on behalf of, and to render such services to, the Debtors.

## PEPPER HAMILTON'S PROCEDURES

6. In preparing this Declaration, I utilized a set of procedures established by Pepper Hamilton to ensure compliance with the Bankruptcy Code and the Bankruptcy Rules regarding the employment of professionals by debtor-in-possession under the Bankruptcy Code.

7. In that connection, I caused to be submitted the names of the significant parties-in-interest identified on **Exhibit 1**, attached hereto, in these cases that are known to me

after inquiry for review under the conflict check system maintained by Pepper Hamilton. Using information provided by the Debtors, Pepper Hamilton professionals working under my supervision compared the names of the Debtors and potential parties-in-interest, including the top 20 unsecured creditors on a consolidated basis and other key parties-in-interest (the "Searched Parties"), to the names that Pepper Hamilton has compiled into its conflict check system and adverse party index. A list of the Searched Parties is attached to this Declaration as **Exhibit 1**.

8. Pepper Hamilton maintains and systematically updates this conflict check system in the regular course of its business, and it is the regular practice of Pepper Hamilton to make and maintain these records. The conflict check system maintained by Pepper Hamilton is designed to include (i) every matter for which Pepper is now or has been engaged; (ii) the entity by which Pepper is now or has been engaged; (iii) the identity of related parties; (iv) the identity of adverse parties; and (v) the attorney in Pepper Hamilton that is knowledgeable about the matter. It is the policy of Pepper Hamilton that no new matter may be accepted or opened within Pepper Hamilton without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Pepper Hamilton. The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter. Any matches between Pepper Hamilton's conflict check system and the Searched Parties were identified and reviewed (the "Client Match List"). The Client Match List is attached hereto as **Exhibit 2**. As additional parties-in-interest appear in these cases, Pepper Hamilton will submit their names to its conflict

check system and update its disclosures, as necessary.

## DISINTERESTEDNESS OF PEPPER HAMILTON

9. To the best of my knowledge, information and belief, except as otherwise disclosed herein, neither I nor Pepper Hamilton, its partners, counsel and associates (a) are creditors, equity security holders or insiders of the Debtors, (b) are and were, within two years before March 15, 2017 (the "Petition Date"), directors, officers or employees of the Debtors, (c) hold or represent any interest materially adverse to the interest of the Debtors' estates and (d) are related to any judge of this Court, the United States Trustee for the District of Delaware (the "U.S. Trustee") or any employee of the U.S. Trustee in this District, except that (i) Edward C. Toole, Jr., an attorney at Pepper Hamilton, is the husband of The Honorable Mary F. Walrath; Mr. Toole is not involved in this engagement; and (ii) U.S. Trustee trial attorneys Linda Casey and Hannah McCollum were formerly associates at Pepper Hamilton.

10. To the best of my knowledge, information and belief, except as otherwise disclosed herein, neither I nor Pepper Hamilton, its partners, counsel or associates have any connection with the Debtors or any other parties-in-interest in these chapter 11 cases, except that Pepper Hamilton represented in the past five years, currently represents, and may represent in the future those entities listed on **Exhibit 2**. Certain of the entities listed on **Exhibit 2** are dormant or inactive clients at this time. In the case of each of the entities listed on **Exhibit 2**, Pepper Hamilton has not in the past represented, does not currently represent, and will not in the future represent, any of the entities listed on **Exhibit 2** in connection with these cases or in any matter adverse to the Debtors.

11. Accordingly, I submit that, to the best of my knowledge, information and belief, both myself and Pepper Hamilton, its partners, counsel and associates are "disinterested

persons" within the meaning of section 101(14), as modified by section 1107(b) of the Bankruptcy Code, and Pepper Hamilton's representation of the Debtors is permissible under sections 327(a) and 328(a) of the Bankruptcy Code and is in the best interests of parties-in-interest.

**PREPETITION SERVICES RENDERED**

12. Other than in connection with the preparation for and filing of this chapter 11 proceeding as set forth below, within one year of the Petition Date Pepper Hamilton did not receive any payments from the Debtors on account of services rendered by Pepper Hamilton.

13. Pepper Hamilton was first contacted about representing the Debtors on January 23, 2017 and first began to work on the matter on February 1, 2017. On February 10, 2017, Pepper Hamilton received a $50,000 retainer from the Debtors. Between February 10, 2017 and the Petition Date, Pepper Hamilton received an additional $206,596.55 in retainer and advances against legal fees and expense. Pepper Hamilton applied this amount to its pre-petition statements for services rendered and disbursements incurred in the amount of $241,221.05. Pepper Hamilton continues to hold a net retainer and advance of $ $15,375.50, which will be held as retainer in these chapter 11 cases for application toward, and payment of, post-petition fees and expenses incurred by Pepper Hamilton and approved by the Court.

14. A detailed chart setting forth the retainers received and amounts satisfied is set forth below.

| Date | | Invoice Amount | Receipt/Debit Amount | Balance of Retainer |
|---|---|---|---|---|
| 2/10/2017 | Retainer Received | | $50,000.00 | $50,000.00 |
| 2/15/2017 | Billed to client: Inv 11023861 | $21,986.00 | | $50,000.00 |
| 2/22/2017 | Billed to client: Inv 11025086 | $16,893.00 | | $50,000.00 |
| 2/22/2017 | Retainer Received | | $21,986.00 | $71,986.00 |
| 2/22/2017 | Retainer Received | | $16,893.00 | $88,879.00 |
| 2/28/2017 | Payment from retainer | | ($38,879.00) | $50,000.00 |
| 2/28/2017 | Billed to client: Inv 11025822 | $43,869.50 | | $50,000.00 |
| 3/3/2017 | Payment from retainer | | ($43,869.50) | $6,130.50 |
| 3/3/2017 | Retainer Received | | $43,869.50 | $50,000.00 |
| 3/8/2017 | Billed to client: Inv 11026912 | $60,064.50 | | $50,000.00 |
| 3/10/2017 | Retainer Received | | $60,064.50 | $110,064.50 |
| 3/13/2017 | Payment from retainer | | ($60,064.50) | $50,000.00 |
| 3/13/2017 | Billed to client: Inv 11027739 | $63,783.55 | | $50,000.00 |
| 3/13/2017 | Retainer Received | | $63,783.55 | $113,783.55 |
| 3/15/2017 | Payment from retainer | | ($63,783.55) | $50,000.00 |
| 3/15/2017 | Billed to client: Inv 11028052 | $34,624.50 | | $50,000.00 |
| 3/15/2017 | Payment from retainer | | ($34,624.50) | $15,375.50 |
| | | | $15,375.50 | |
| | Total Retainer Received: | $256,596.55 | | |
| | Total Billed: | $241,221.05 | | |
| | Total Paid from Retainer | -$241,221.05 | | |
| | Balance of Retainer | $15,375.50 | | |

## **PROFESSIONAL COMPENSATION**

15. Pepper Hamilton categorizes its billings by subject matter, in compliance with the U.S. Trustee Guidelines. Pepper Hamilton agrees to charge, and the Debtors have agreed to pay Pepper Hamilton's normal hourly rates, subject to this Court's approval pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

16. The Debtors have approved Pepper Hamilton's proposed rates.

17. The Pepper Hamilton attorneys and paraprofessionals staffed on these cases, subject to modification depending upon further development, are as set forth below:

| **Name** | **Title** | **Hourly Rate** |
|---|---|---|
| David M. Stratton | Partner | $835 |
| Evelyn J. Meltzer | Partner | $555 |

#42990177 v3

| John H. Schanne, II | Associate | $475 |
| Susan M. Henry | Paralegal | $275 |
| Rebecca S. Hudson | Paralegal | $240 |

18. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions and are typically reviewed by Pepper Hamilton at the beginning of the calendar year. Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters herein described.

19. Pepper Hamilton is customarily reimbursed for all expenses it incurs in connection with its representation of a client in a given matter. Such expenses include, without limitation, travel costs, telecommunications, express mail, messenger service, photocopying costs, document processing, computerized research charges, court fees, and transcript costs.

20. Pepper Hamilton acknowledges that all amounts paid to Pepper Hamilton during these chapter 11 cases are subject to final allowance by this Court. Pepper Hamilton therefore intends to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules and any orders relevant thereto for all services performed and expenses incurred after the Petition Date.

21. No arrangement is proposed between the Debtors and Pepper Hamilton for compensation to be paid in these cases other than as set forth herein.

22. Based on the statements contained herein, I believe that Pepper Hamilton is eligible for employment and retention by the Debtors.

23. The foregoing constitutes the statement of Pepper Hamilton pursuant to sections 327(a), 328(a), 329 and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Rule 2016-1.

24. Pepper Hamilton will amend this statement upon learning that (i) any of the within representations are no longer correct or (ii) there is any material change of circumstance requiring additional disclosure.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: March 21, 2017

_David B. Stratton_
David B. Stratton, Esq.

#42990177 v3

# EXHIBIT 1

## (SEARCHED PARTIES)

| Party Name | Relationship to Debtor |
|---|---|
| Abbott Molecular | Top 20 |
| ARGONAUT INSURANCE CO | Insurance Companies & Brokers |
| AT&T | Utility Providers |
| Bank of America | Cash Management Banks |
| Biocare Medical | Top 20 |
| Bostwick Laboratories Group Holdings, LP | Non-Debtor Affiliates |
| Bostwick Laboratories Holdings, Inc. | Debtors |
| Bostwick Laboratories, Inc. | Debtors |
| Bostwick, David G. | Current & Former D&O |
| Bostwick, Dr. David G. | Non-Debtor Affiliates |
| Capital One | Secured Creditor |
| Carroll Services LLC | Chapter 11 Professionals |
| Carroll, James | Current & Former D&O |
| CENTURYLINK | Utility Providers |
| CIGNA | Cash Management Banks |
| COMCAST | Utility Providers |
| COMMISSIONER OF TAXATION AND FINANCE | Top 20 |
| COX COMMUNICATION | Utility Providers |
| DDI Capital | Secured Creditors |
| DDI Leasing, Inc | Secured Creditors |
| Diffley, Gerard | Current & Former D&O |
| Donlin, Recano & Company, Inc. | Chapter 11 Professionals |
| EVAN WEINER ENTERPRISES | Utility Providers |
| Expense Reduction Analysts, | Top 20 |
| Farley, Gordon | Current & Former D&O |
| Federal Express | Top 20 |
| FEDERAL INSURANCE | Insurance Companies & |

| | | | |
|---|---|---|---|
| CO | Brokers | Lab Logistics, LLC | Top 20 |
| FLORIDA DEPT OF TAXATION/REVENUE | Taxing Authorities | Leerink Partners LLC | Chapter 11 Professionals |
| FRONTIER | Utility Providers | Leica Biosystems | Secured Creditors |
| GE Healthcare Financial Services | Secured Creditors | Leica Biosystems Imaging, | Top 20 |
| General Data Company, Inc | Top 20 | LEVEL 3 COMMUNICATIONS LLC | Utility Providers |
| HANOVER INSURANCE COMPANY | Insurance Companies & Brokers | LLOYDS OF LONDON | Insurance Companies & Brokers |
| Healthcare Financial Solutions, LLC | Secured Creditors | LLOYDS OF LONDON PRO PRAXIS | Insurance Companies & Brokers |
| HEAVEN III, LLC | Landlords | MCP (SILO) II AIF, L.P. | Secured Creditors |
| Highwoods Realty Limited | Top 20 | Metalmark Capital Holdings LLC | Secured Creditors |
| Highwoods Realty Limited | Landlords | Metalmark Capital LLC | Secured Creditors |
| HIGHWOODS REALTY LIMITED | Utility Providers | Metalmark Capital Partners Cayman II, L.P. | Secured Creditors |
| Hoffen, Howard | Current & Former D&O | Metalmark Capital Partners II Co-Investment, L.P. | Secured Creditors |
| Hunt, Tammy | Current & Former D&O | Metalmark Capital Partners II Executive Fund, L.P. | Secured Creditors |
| Husain, Fazle | Current & Former D&O | Metalmark Capital Partners II GP, L.P. | Non-Debtor Affiliates |
| IRONSHORE INDEMNITY INC | Insurance Companies & Brokers | Metalmark Capital | Secured |
| King, Wesley | Current & Former D&O | | |

| | | | |
|---|---|---|---|
| Partners II, L.P. | Creditors | Roche Diagnostics | Top 20 |
| Metalmark Capital Partners TE II, L.P. | Secured Creditors | Ropes & Gray LLP | Top 20 |
| NATIONAL GRID | Utility Providers | RSUI INDEMNITY CO | Insurance Companies & Brokers |
| NEW YORK DEPT OF TAXATION/REVENUE | Taxing Authorities | Ruskin, Moscou, Faltischek | Top 20 |
| OHIO DEPT OF TAXATION/REVENUE | Taxing Authorities | SHI International Corp | Secured Creditors |
| OK TEX Partners, LTD | Landlords | Sienna Cancer Diagnostics | Top 20 |
| ORLANDO WASTE PAPER COMPANY | Utility Providers | Sower, Brent | Current & Former D&O |
| OUC - THE RELIABLE ONE | Utility Providers | SPECTRUM BUSINESS SOLUTION | Utility Providers |
| Parsons, Michael | Current & Former D&O | Stefanelli, Martin | Current & Former D&O |
| Pepper Hamilton LLP | Chapter 11 Professionals | STERICYCLE INC | Utility Providers |
| Phillips, Robert | Current & Former D&O | The Bostwick Group, LLC | Non-Debtor Affiliates |
| Pipinic, Vedran | Current & Former D&O | Theodore Affue M.D., Inc | Landlords |
| Poplar Healthcare Management, LLC | DIP Lender/Stalking Horse Bidder | Therapak Corporation | Top 20 |
| PSEGLI | Utility Providers | TOLL FREE FOWARDINGCOM | Utility Providers |
| Richardson, John | Current & Former D&O | TOWN OF HEMPSTEAD | Utility Providers |
| RLI INSURANCE CO | Insurance Companies & Brokers | TRAVELERS CASUALTY AND SURETY CO OF AMERICA | Insurance Companies & Brokers |

#42990177 v3

| | | | |
|---|---|---|---|
| TRIUMVIRATE ENVIRONMENTAL | Utility Providers | Xifin, Inc. | Top 20 |
| United Healthcare | Top 20 | | |
| United Healthcare | Cash Management Banks | | |
| United Parcel Service | Top 20 | | |
| US Department of Justice | Secured Creditors | | |
| US Department of Justice | Top 20 | | |
| USI INSURANCE SVC | Insurance Companies & Brokers | | |
| VERIZON | Utility Providers | | |
| VIRGINIA DEPT OF TAXATION/REVENUE | Taxing Authorities | | |
| VWR International, Inc. | Top 20 | | |
| Wagner, Shawn | Current & Former D&O | | |
| WASHINGTON DEPT OF TAXATION/REVENUE | Taxing Authorities | | |
| WINBROOK MANAGEMENT LLC | Top 20 | | |
| WINBROOK MANAGEMENT LLC | Landlords | | |
| WINDSTREAM | Utility Providers | | |
| WINTERS BROS HAULING | Utility Providers | | |

# EXHIBIT 2
## (DISCLOSURES)

| Name | Relationship to Debtor | Relationship to Pepper Hamilton |
|---|---|---|
| Bank of America | Cash Management Bank | Believed to be an affiliate of a former client of the Firm (Banc of America Merchant Services, LLC) in unrelated matters. |
| Capital One | Secured Creditors | Current client of the Firm in unrelated matters. |
| CIGNA | Insurance Companies & Brokers | Former client of the Firm (Cigna International Corporation) in unrelated matters. |
| COMCAST | Utility Providers | Current client of the Firm (Comcast Corporation) in unrelated matters. |
| GE Healthcare Financial Services | Secured Creditors | Believed to be an affiliate of the parent company (GE Healthcare) of a former client of the Firm (Xcellerex, Inc.) in unrelated matters. |
| LEVEL 3 COMMUNICATIONS LLC | Utility Providers | Former client of the Firm in unrelated matters. |
| TRAVELERS CASUALTY AND SURETY CO OF AMERICA | Insurance Companies & Brokers | Affiliate of a current client of the Firm (Travelers Bond & Specialty Insurance) in unrelated matters. |
| United Healthcare | Top 20 | Believed to be an affiliate of a former client of the Firm (Optum) in unrelated matters. |
| United Parcel Service | Top 20 | Former client of the Firm in unrelated matters. |
| VERIZON | Utility Providers | Affiliate of a former client of the Firm (Verizon Network Integration Corp.) in unrelated matters. |