# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, Inc., *et al.*,[1] | Case No. 17- 10570 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF TAMMY HUNT IN SUPPORT OF APPLICATION OF DEBTORS
FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND
RETENTION OF PEPPER HAMILTON LLP AS COUNSEL
TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Tammy Hunt, being first duly sworn, deposes and states as follows:

1.  I am the Chief Financial Officer of the above-captioned debtors and debtors-in-possession (the "Debtors"). I am familiar with the Debtors' history, day-to-day operations, business and financial affairs, and books and records, as well as the Debtors' turnaround and restructuring efforts.

2.  I submit this declaration (the "Declaration") in support of the *Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Counsel to the Debtors, Nunc Pro Tunc to the Petition Date* (the "Application").[2]

3.  Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

## The Debtors' Selection of Counsel

4. The Debtors recognize that a comprehensive review process is necessary when selecting and managing restructuring counsel to ensure that restructuring professionals are subject to the same client-driven market forces, scrutiny and accountability as professionals in non-restructuring engagements.

5. Pepper Hamilton Pepper Hamilton LLP ("Pepper Hamilton") was selected to serve as counsel because of the firm's extensive experience and knowledge in the field of debtor's and creditor's rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code, its expertise, experience, and knowledge in practicing before this Court, its proximity to the Court, and its ability to respond quickly to emergency hearings and other emergency matters. The Debtors continue to believe that Pepper Hamilton is uniquely qualified to represent it in these chapter 11 cases.

## Rate Structure

6. In my capacity as Chief Financial Officer of the Debtors, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Prior to engaging Pepper Hamilton, the Debtors reviewed and approved Pepper Hamilton's rate structure, subject to the express understanding that Pepper Hamilton would, as a practice, review all time charges and make adjustments as necessary to correct any inefficiencies that may appear before billing. I understand that Pepper Hamilton's rate structure for this engagement is comparable to the rate structure that would apply in a non-restructuring engagement. I also understand that Pepper Hamilton's rate structure is comparable to the rate structure that would be applied by other firms who offer comparably skilled professionals.

#42990194 v2

7. I am broadly familiar with the rates charged by law firms such as Pepper Hamilton and believe that its rates are generally comparable to those of firms that would be viewed as its competitors. Pepper Hamilton has advised me that the rate structure for this engagement is comparable to that which it utilizes for non-restructuring matters.

8. I have confirmed with Pepper Hamilton that the rates Pepper Hamilton charged the Debtors prior to the Petition Date, subject to periodic rate increases as permitted, are the same as the rates Pepper Hamilton will charge the Debtors in the post-petition period, as set forth in the Application.

### Cost Supervision

9. The Debtors recognize that it is their responsibility to monitor the billing practices of their counsel closely to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases. The Debtors will continue to review the invoices that Pepper Hamilton regularly submits as the cases develop.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 21, 2017

_____
Tammy Hunt
Chief Financial Officer

#42990194 v2