# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Bostwick Laboratories, Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-10570 (BLS) <br><br> (Jointly Administered) <br><br> Related Docket No.: 15 |

## NOTICE OF INCREASED PURCHASE PRICE
## AND MODIFIED INITIAL OVERBID REQUIREMENT

PLEASE TAKE NOTICE that on March 15, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Combined Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures, Break-Up Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts; and (II) an Order (A) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* (the "Sale Motion")[2] (Docket No.15)

PLEASE TAKE FURTHER NOTICE that the Sale Motion and Bidding Procedures reflected the Initial Overbid Requirement as $5,405,000 plus $500,000. The Initial Overbid Requirement should have been reflected as $6,355,000 plus $500,000. The total consideration provided for in the Stalking Horse Asset Purchase Agreement was $6,355,000.

PLEASE TAKE FURTHER NOTICE that since filing the Sale Motion, the Stalking Horse has agreed that the sale consideration will also include payment of the approximately $1,100,000 setoff claim asserted by the Centers for Medicare and Medicaid Services. As a result, the total consideration being offered by the Stalking Horse under the Stalking Horse APA is $7,455,000 plus cure costs and Assumed Taxes.

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

[2] Terms not defined herein shall have the meanings ascribed to them in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that the Initial Overbid Requirement is therefore increased to $7,455,000 plus $500,000. Accordingly, any Qualified Bid must provide for a purchase price of at least $7,955,500.

| | |
|---|---|
| Dated: March 22, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ Evelyn J. Meltzer<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>*Proposed Counsel for the Debtors* |