# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10570 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: April 6, 2017 at 4:00 p.m. (ET)<br>Hearing Date: April 13, 2017 at 9:00 a.m. (ET) |

## NOTICE OF APPLICATION OF DEBTORS (I) TO RETAIN CARROLL SERVICES, LLC AND (II) DESIGNATE JAMES PATRICK CARROLL AS INDEPENDENT DIRECTOR AND CHIEF RESTRUCTURING OFFICER TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

PLEASE TAKE NOTICE that on March 22, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Application of Debtors (I) To Retain Carroll Services, LLC and (II) Designate James Patrick Carroll as Independent Director and Chief Restructuring Officer to the Debtors, Nunc Pro Tunc to the Petition Date* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned proposed counsel for the Debtors on or before **4:00 p.m. (Eastern Time) on April 6, 2017**.

PLEASE TAKE FURTHER NOTICE that if any objections are received, the Application and such objections shall be considered at a hearing before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

#43196923 v2

Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **April 13, 2017 at 9:00 a.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that a copy of the Application is available on the website maintained by the Debtors' notice and claims agent, Donlin, Recano & Company, Inc (www.donlinrecano.com/bostwick).

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING**.

| | |
|---|---|
| Dated: March 22, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ John H. Schanne, II<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>*Proposed Counsel for the Debtors* |

#43196923 v2