# EXHIBIT B

**(CARROLL DECLARATION)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, Inc., et al.,[1] Debtors. | Case No. 17-10570 (BLS) |
| | (Jointly Administered) |

**DECLARATION OF JAMES PATRICK CARROLL IN SUPPORT OF APPLICATION OF DEBTORS (I) TO RETAIN CARROLL SERVICES, LLC AND (II) DESIGNATE JAMES PATRICK CARROLL AS INDEPENDENT DIRECTOR AND CHIEF RESTRUCTURING OFFICER TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

Pursuant to 28 U.S.C. § 1764, James Patrick Carroll declares as follows under penalty of perjury:

1.      I am the sole and managing member of Carroll Services LLC ("Carroll Services"), which has its principal place of business at 197M Boston Post Road West #367, Marlborough, Massachusetts 01752.

2.      I submit this Affidavit in support of the *Application of Debtors (I) To Retain Carroll Services, LLC and (II) Designate James Patrick Carroll as Independent Director and Chief Restructuring Officer to the Debtors Nunc Pro Tunc to the Petition Date* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

---

[1]      The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**QUALIFICATIONS**

3.     Carroll Services is the firm through which I offer services as a trustee, liquidator, board member, officer, and/or plan administrator in connection with bankruptcy cases or other reorganizations.  As the principal of Carroll Services, I have provided restructuring and liquidating services to companies experiencing operational and financial difficulties across a broad spectrum of industries, including construction, manufacturing, retail, engineering, utilities, and financial services.  In addition, prior to my involvement in restructuring or liquidating troubled companies, I was employed by Stone & Webster Incorporated in a variety of positions, culminating in the role of President and Chief Restructuring Officer.

**SCOPE OF SERVICES**

4.     The Debtors have executed a letter agreement, dated March 4, 2017 (the "Engagement Letter"), retaining Carroll Services and designating me as Independent Director and CRO to the Debtors.  A copy of the Engagement Letter is attached hereto as **Exhibit 1**.  If the Court grants the Application, Carroll Services will provide the services set forth in the Engagement Letter to the Debtors on the terms and subject to the conditions set forth in such agreement.

5.     Carroll Services understand that the Debtors may retain additional professionals during the term of its engagement and I will work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.  The services provided by Carroll Services will complement, and not duplicate, the services to be rendered by any other professional retained in these chapter 11 cases.

#43225203 v2

**COMPENSATION**

6. As set forth in the Engagement Letter, Carroll Services will be compensated at a rate of $435 per hour for my services as Independent Director and CRO. In addition, Carroll Services will be reimbursed by the Debtors for my the reasonable out-of-pocket expenses in serving as Independent Director and CRO, and if applicable, other personnel of Carroll Services, incurred in connection with this assignment, such as travel, lodging, and telephone charges.

7. No promises have been received by Carroll Services or by any member or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. Carroll Services has no agreement with any other entity to share with such entity any compensation received by Carroll Services.

8. Carroll Services submit monthly invoices to the Debtors and the Debtors are seeking authority to pay, in the ordinary course of business, all reasonable amounts invoiced by Carroll Services for fees and expenses.

9. Carroll Services will file with the Court, and provide reports of compensation earned and expenses incurred on a quarterly basis ("Compensation Reports") to the U.S. Trustee and counsel to any statutory committee appointed in these chapter 11 cases (the "Notice Parties"). Carroll Services will submit Compensation Reports within 30 days of the end of each three-month quarterly period. Such reports shall summarize the services provided and identify the compensation earned and expenses incurred by Carroll Services. The Notice Parties shall have 14 days after the date each Compensation Report is served upon them to object. Such compensation and expenses will be subject to Court review in the event an objection is filed.

#43225203 v2

Carroll Services will file its first Compensation Report by July 30, 2017 for the period covering the Petition Date through June 30, 2017.

10.     The Debtors have agreed that Carroll Services is authorized to apply the Retainer to satisfy any unbilled or other remaining prepetition fees and expenses Carroll Services becomes aware of during its ordinary course billing review and reconciliation.  The remaining balance of the Retainer held by Carroll Services shall be treated as an evergreen retainer and be held by Carroll Services as security throughout these chapter 11 cases until Carroll Services' fees and expenses are fully paid.

## DISINTERESTEDNESS

11.     In connection with the preparation of this Declaration, Carroll Services conducted a review of its conflicts check systems of the Debtors' parties in interest.  A list of such parties in interest, as provided by counsel to the Debtors, is attached hereto as **Exhibit 2.**

12.     To the best of my knowledge, information, and belief, Carroll Services has not represented any of the Debtors' parties in interest in connection with matters relating to the Debtors, their estates, assets, or businesses and will not represent other entities which are creditors of, or have other relationships to, the Debtors in matter relating to the Debtors, their estates, assets, or businesses.

13.     Carroll Services provides restructuring and liquidation services and advice to an array of clients in the areas of restructuring and distressed debt.  As a result, Carroll Services has represented, and may in the future represent, certain parties in interest in matters unrelated to these chapter 11 cases, either individually or as part of representation of a committee of creditors or interest holders.

#43225203 v2

14.     To the best of my knowledge, information, and belief, neither Carroll Services nor I, nor any other employee of Carroll Services that will work on this engagement has any connection with or holds any interest adverse to the Debtors, their estates or the interested parties in the matters on which Carroll Services is currently engaged, except as otherwise set forth below:

a.      Carroll Services has likely provided services unrelated to the Debtors for companies and individuals that have conducted business in the past and/or currently conduct business with the Debtors, and who may be creditors of the Debtors. To the best of my knowledge, information and belief, Carroll Services' work for these parties was and is wholly unrelated to the Debtors, their estates, or these chapter 11 cases.

b.      As part of its practice, Carroll Services appears in numerous cases, proceedings, and transactions involving many different professionals, some of which may represent claimants and parties in interest in the Debtors' chapter 11 cases. Furthermore, Carroll Services has in the past and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to these cases. Based on my current knowledge of the professionals involved, and to the best of my knowledge and information, none of these business relations represents an interest materially adverse to the Debtors herein in matters upon which Carroll Services is to be engaged.

15.     To the best of my knowledge, information, and belief, Carroll Services has not been engaged to assist any entity or person other than the Debtors on matters relating to, or in connection with, these chapter 11 cases. If the Court approves the engagement of Carroll Services, Carroll Services will not accept any engagement or perform any service for any entity or person other than the Debtors in these chapter 11 cases.

16.     If any new relevant facts or relationships are discovered or arise during the pendency of these chapter 11 cases, Carroll Services will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration as required by Bankruptcy Rule 2014.

17.     Except as otherwise set forth herein, insofar as I have been able to determine, none of Carroll Services, I, or any employee of Carroll Services who will work on the

engagement holds or represents any interest adverse to the Debtors or their estates, and Carroll Services is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), in that Carroll Services, and its professionals and employees who will work on the engagement:

        a.     are not creditors, equity security holders, or insiders of the Debtors; and

        b.     were not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors.

    18.    I am not related or connected to and, to the best of my knowledge, no other professional of Carroll Services who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, or any employee in the Office of the United States Trustee for Region 3.

    I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed on: March 22, 2017

James Patrick Carroll
Carroll Services LLC

-6-

# EXHIBIT 1

## (ENGAGEMENT LETTER)

# CARROLL SERVICES LLC

March 4, 2017

Bostwick Laboratories, Inc.
100 Charles Lindbergh Boulevard
Uniondale, NY 11553

Re:     Engagement of Carroll Services LLC

Ladies and Gentlemen:

This letter confirms and sets forth the terms and conditions of the engagement between Carroll Services LLC ("Carroll Services") and Bostwick Laboratories Inc. (the "Company"), including the scope of the services to be performed and the basis of compensation for those services. Upon execution of this letter by each of the parties below, this letter will constitute an agreement between the Company and Carroll Services (this "Agreement") effective as of March 4, 2017.

1.     Description of Services

    a.     Independent Director ("ID") and Chief Restructuring Officer ("CRO"). In connection with this engagement, Carroll Services shall make available to the Company: James Patrick Carroll to serve as ID and CRO of the Company.

    b.     Duties and Powers.

*As to the ID role:* 1) Assisting the Company's board of directors ("Board") in bringing to bear for the benefit of the Board the ID's particular knowledge and experience. 2) faithfully, efficiently, competently and diligently perform his duties and exercise such powers as are appropriate to his role as an ID, (3) in so far as reasonably possible, attend all meetings of the Board and of any committees of the Board of which he is a member, (4) promptly declare, so far as he is aware, the nature of any interest, whether direct or indirect, in any contract or proposed contract entered into by any member of the Company (5) comply with all reasonable requests, instructions and regulations made or given by the Chairman of the Board (or by any duly authorized committee thereof) and give to the Chairman of the Board such explanations, information and assistance as the Chairman of the Board may reasonably require, (6) act in the best interests of the Company.

*As to the CRO role:* (1) Take any and all actions that are necessary, advisable or appropriate to assist the Company with their ongoing operations. 2) Assist the Company in preparation for a transaction, 3) To assist company counsel in the preparation of and support for any legal

4450 Bonita Beach Rd, Suite 9
Bonita Springs, FL 34134
Phone: (508) 229-3366
Cell:    (617) 899-9007

Bostwick Laboratories., Inc.

      actions to be undertaken by the Company including but not limited to a Chapter 11 filing in the United States Bankruptcy Court and the sale of the Company in a section 363 proceeding.

  c.   Employment by Carroll Services. The ID and CRO will continue to be employed by Carroll Services and while rendering services to the Company may continue to work with other personnel at Carroll Services or otherwise in connection with other unrelated matters, which will not unduly interfere with services pursuant to this engagement.

  d.   Projections; Reliance; Limitation of Duties. The Company understands that the services to be rendered by the ID and CRO may include the preparation of projections and other forward-looking statements, and that numerous factors can affect the actual results of the Company's operations, which may materially and adversely differ from those projections and other forward-looking statements. In addition, the ID and CRO will be relying on information provided by the Company.

  e.   Additional Responsibilities. Upon the mutual agreement of the Company and Carroll Services, Carroll Services may provide such additional personnel as the Company may request to assist in performing the services described above and such other services as may be agreed to, on such terms and conditions and for such compensation as the Company, and Carroll Services, shall agree.

2.   Compensation

  a.   Carroll Services will be compensated at a rate of $435 per hour for the services of James Patrick Carroll as ID and CRO.

  b   In addition, Carroll Services will be reimbursed by the Company for the reasonable out-of-pocket expenses of the ID and CRO, and if applicable, other personnel of Carroll Services, incurred in connection with this assignment, such as travel, lodging and telephone charges. All fees and expenses due to Carroll Services will be billed on a monthly basis or, at the discretion of Carroll Services, more frequently, and shall be itemized in reasonable detail and subject to the approval of the Company.

3.   Term.

The engagement will commence as of the effective date and may be terminated by either party without cause; provided that Carroll Services must provide at least 30 days prior notice of such termination and the Company must provide at least 15 days' written notice to Carroll Services of such termination.

2

4.  No Audit, Duty to Update.

It is understood that Carroll Services as the ID and the CRO are not being requested to perform an audit, review or compilation, or any other type of financial statement reporting engagement that is subject to the rules of the AICPA, SEC or other state or national professional or regulatory body. The ID and CRO are entitled to rely on the accuracy and validity of the data disclosed or supplied to him by employees and representatives of the Company. The ID, CRO and Carroll Services are under no obligation to update data submitted to them or review any other areas unless specifically requested to do so.

5.  No Third Party Beneficiary.

The Company acknowledges that all advice (written or oral) given by Carroll Services to the Company in connection with this engagement is intended solely for the benefit and use of the Company in considering the matters to which this engagement relates. The Company agrees that no such advice shall be used for any other purpose or reproduced, disseminated, quoted or referred to at any time in any manner or for any purpose other than accomplishing the tasks referred to herein without the prior approval of Carroll Services (which shall not be unreasonably withheld), except as required by law.

6.  Conflicts.

Carroll Services is not currently aware of any relationship that would create a conflict of interest with the Company, or those parties-in-interest of which you have made us aware. Because Carroll Services is a consulting firm that serves clients on an international basis in numerous cases, both in and out of court, it is possible that Carroll Services may have rendered services to or have business associations with other entities or people which had or have or may have relationships with the Company, including creditors of the Company. In the event you accept the terms of this engagement, Carroll Services will not represent, and Carroll Services has not represented, the interests of any such entities or people in connection with this matter.

7.  Confidentiality / Non-Solicitation.

Carroll Services as ID and CRO shall keep as confidential all non-public information received from the Company in conjunction with this engagement, except (i) as requested by the Company or its legal counsel; (ii) as required by legal proceedings; or (iii) as reasonably required in the performance of this engagement. All obligations as to non-disclosure shall cease as to any part of such information to the extent that such information is or becomes public other than as a result of a breach of this provision.

Bostwick Laboratories., Inc.

8. Indemnification.

The Company shall indemnify the ID and CRO to the same extent as the most favorable indemnification it extends to its officers and directors under the Company's By Laws and Corporate Charter, by contract or otherwise, and no reduction or termination in any of the benefits provided under any such indemnities shall affect the benefits provided to the ID and CRO.

9. Insurance

Carroll as the ID and CRO shall be a covered under any existing insurance policy under which the board members (directors) and officers of the Company are insured, subject to the limits of the policy, against certain losses arising from claims made against such board members (directors) and officers by reason of any acts or omissions covered under the policy in their respective capacities as board members (directors) or officers of the Company, including certain liabilities under securities laws.

10. Miscellaneous.

This Agreement shall be: (a) governed and construed in accordance with the laws of the State of Delaware, regardless of the laws that might otherwise govern under applicable principles of conflict of laws thereof; (b) incorporates the entire understanding of the parties with respect to the subject matter thereof; and (c) may not be amended or modified except in writing executed by each of the signatories hereto. The Company and Carroll Services agree to waive trial by jury in any action, proceeding or counterclaim brought by or on behalf of the parties hereto with respect to any matter relating to or arising out of the performance or non-performance of the Company or Carroll Services hereunder.

If the foregoing is acceptable to you, kindly sign the enclosed copy to acknowledge your agreement with its terms.

Very truly yours,

Carroll Services LLC

By: _____
James Patrick Carroll
Sole Member, Carroll Services LLC

Accepted and Agreed:
Bostwick Laboratories Inc

By: _____
Chief Financial Officer

4

# EXHIBIT 2

## (SEARCHED PARTIES)

| Party Name | Relationship to Debtor |
|---|---|
| Abbott Molecular | Top 20 |
| ARGONAUT INSURANCE CO | Insurance Companies & Brokers |
| AT&T | Utility Providers |
| Bank of America | Cash Management Banks |
| Biocare Medical | Top 20 |
| Bostwick Laboratories Group Holdings, LP | Non-Debtor Affiliates |
| Bostwick Laboratories Holdings, Inc. | Debtors |
| Bostwick Laboratories, Inc. | Debtors |
| Bostwick, David G. | Current & Former D&O |
| Bostwick, Dr. David G. | Non-Debtor Affiliates |
| Capital One | Secured Creditor |
| Carroll Services LLC | Chapter 11 Professionals |
| Carroll, James | Current & Former D&O |
| CENTURYLINK | Utility Providers |
| CIGNA | Cash Management Banks |
| COMCAST | Utility Providers |
| COMMISSIONER OF TAXATION AND FINANCE | Top 20 |
| COX COMMUNICATION | Utility Providers |
| DDI Capital | Secured Creditors |

| | |
|---|---|
| DDI Leasing, Inc | Secured Creditors |
| Diffley, Gerard | Current & Former D&O |
| Donlin, Recano & Company, Inc. | Chapter 11 Professionals |
| EVAN WEINER ENTERPRISES | Utility Providers |
| Expense Reduction Analysts, | Top 20 |
| Farley, Gordon | Current & Former D&O |
| Federal Express | Top 20 |
| FEDERAL INSURANCE CO | Insurance Companies & Brokers |
| FLORIDA DEPT OF TAXATION/REVENUE | Taxing Authorities |
| FRONTIER | Utility Providers |
| GE Healthcare Financial Services | Secured Creditors |
| General Data Company, Inc | Top 20 |
| HANOVER INSURANCE COMPANY | Insurance Companies & Brokers |
| Healthcare Financial Solutions, LLC | Secured Creditors |
| HEAVEN III, LLC | Landlords |
| Highwoods Realty Limited | Top 20 |
| Highwoods Realty Limited | Landlords |
| HIGHWOODS REALTY LIMITED | Utility Providers |
| Hoffen, Howard | Current & Former D&O |
| Hunt, Tammy | Current & Former D&O |

#43225203 v2

| | |
|---|---|
| Husain, Fazle | Current & Former D&O |
| IRONSHORE INDEMNITY INC | Insurance Companies & Brokers |
| King, Wesley | Current & Former D&O |
| Lab Logistics, LLC | Top 20 |
| Leerink Partners LLC | Chapter 11 Professionals |
| Leica Biosystems | Secured Creditors |
| Leica Biosystems Imaging, | Top 20 |
| LEVEL 3 COMMUNICATIONS LLC | Utility Providers |
| LLOYDS OF LONDON | Insurance Companies & Brokers |
| LLOYDS OF LONDON PRO PRAXIS | Insurance Companies & Brokers |
| MCP (SILO) II AIF, L.P. | Secured Creditors |
| Metalmark Capital Holdings LLC | Secured Creditors |
| Metalmark Capital LLC | Secured Creditors |
| Metalmark Capital Partners Cayman II, L.P. | Secured Creditors |
| Metalmark Capital Partners II Co-Investment, L.P. | Secured Creditors |
| Metalmark Capital Partners II Executive Fund, L.P. | Secured Creditors |
| Metalmark Capital Partners II GP, L.P. | Non-Debtor Affiliates |
| Metalmark Capital Partners II, L.P. | Secured Creditors |
| Metalmark Capital Partners TE | Secured Creditors |

| | |
|---|---|
| II, L.P. | |
| NATIONAL GRID | Utility Providers |
| NEW YORK DEPT OF TAXATION/REVENUE | Taxing Authorities |
| OHIO DEPT OF TAXATION/REVENUE | Taxing Authorities |
| OK TEX Partners, LTD | Landlords |
| ORLANDO WASTE PAPER COMPANY | Utility Providers |
| OUC - THE RELIABLE ONE | Utility Providers |
| Parsons, Michael | Current & Former D&O |
| Pepper Hamilton LLP | Chapter 11 Professionals |
| Phillips, Robert | Current & Former D&O |
| Pipinic, Vedran | Current & Former D&O |
| Poplar Healthcare Management, LLC | DIP Lender/Stalking Horse Bidder |
| PSEGLI | Utility Providers |
| Richardson, John | Current & Former D&O |
| RLI INSURANCE CO | Insurance Companies & Brokers |
| Roche Diagnostics | Top 20 |
| Ropes & Gray LLP | Top 20 |
| RSUI INDEMNITY CO | Insurance Companies & Brokers |
| Ruskin, Moscou, Faltischek | Top 20 |
| SHI International Corp | Secured Creditors |

| | |
|---|---|
| Sienna Cancer Diagnostics | Top 20 |
| Sower, Brent | Current & Former D&O |
| SPECTRUM BUSINESS SOLUTION | Utility Providers |
| Stefanelli, Martin | Current & Former D&O |
| STERICYCLE  INC | Utility Providers |
| The Bostwick Group, LLC | Non-Debtor Affiliates |
| Theodore Affue M.D., Inc | Landlords |
| Therapak Corporation | Top 20 |
| TOLL FREE FOWARDINGCOM | Utility Providers |
| TOWN OF HEMPSTEAD | Utility Providers |
| TRAVELERS CASUALTY AND SURETY CO OF AMERICA | Insurance Companies & Brokers |
| TRIUMVIRATE ENVIRONMENTAL | Utility Providers |
| United Healthcare | Top 20 |
| United Healthcare | Cash Management Banks |
| United Parcel Service | Top 20 |
| US Department of Justice | Secured Creditors |
| US Department of Justice | Top 20 |
| USI INSURANCE SVC | Insurance Companies & Brokers |
| VERIZON | Utility Providers |
| VIRGINIA DEPT OF TAXATION/REVENUE | Taxing Authorities |
| VWR International, Inc. | Top 20 |

| | |
|---|---|
| Wagner, Shawn | Current & Former D&O |
| WASHINGTON DEPT OF TAXATION/REVENUE | Taxing Authorities |
| WINBROOK MANAGEMENT LLC | Top 20 |
| WINBROOK MANAGEMENT LLC | Landlords |
| WINDSTREAM | Utility Providers |
| WINTERS BROS  HAULING | Utility Providers |
| Xifin, Inc. | Top 20 |

#43225203 v2