# Notice Recipients

District/Off: 0311−1            User: Brandon            Date Created: 3/23/2017
Case: 17−10570−BLS              Form ID: ntcBK           Total: 7

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee            USTPRegion03.WL.ECF@USDOJ.GOV
aty   Brya Michele Keilson    brya.keilson@usdoj.gov
aty   David B. Stratton       strattond@pepperlaw.com
aty   Evelyn J. Meltzer       meltzere@pepperlaw.com
aty   Jane M. Leamy           jane.m.leamy@usdoj.gov
aty   John Henry Schanne, II  schannej@pepperlaw.com
                                                              TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Bostwick Laboratories, Inc.   100 Charles Lindbergh Blvd.   Uniondale, NY 11553
                                                              TOTAL: 1