UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Bostwick Laboratories, Inc., et al. | : | Case No. 17-10570(BLS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Winbrook Management, LLC**, Attn: IIan Dilmanian, 370 Seventh Avenue, Suite 1600, New York, NY 10001, Phone: 212-643-8080; Fax: 212-643-2626

2. **Xifin, Inc.**, Attn: Tammy Lawrence, 12225 El Camino Real, San Diego, CA 92130, Phone: 858-793-5700, Fax: 858-793-5701

3. **Leica Biosystems Division of Leica Microsystems, Inc.,** Attn: Ted Biederman, 1700 Leider Lane, Buffalo Grove, IL 60089, Phone: 303-618-9407


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Jane Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: March 23, 2017

Attorney assigned to this Case: Jane Leamy, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: David Stratton, Esq., Phone: (302) 777-6500, Fax: (302) 421-8390