**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, Inc., *et al.*,[1] | Case No. 17-10570 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 114** |

**NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION OF
<u>STALKING HORSE BIDDER AS SUCCESSFUL BIDDER</u>**

**PLEASE TAKE NOTICE** that pursuant to that *Order (I) Authorizing and Approving Bidding Procedures, Break-Up Fee and Expense Reimbursement, (II) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (III) Approving Notice Procedures, (IV) Scheduling Sale Hearing and (V) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts* (Docket No. 114) (the "<u>Bidding Procedures Order</u>")[2] entered by the United States Bankruptcy Court for the District of Delaware, the deadline for submitting a Qualified Bid was on or before 12:00 p.m. noon (Prevailing Eastern Time) on April 24, 2017 (the "<u>Qualified Bid Determination Deadline</u>").

**PLEASE TAKE FURTHER NOTICE** no Qualified Bid other than the bid of the Stalking Horse Bidder was received by the Qualified Bid Determination Deadline. **As such, the Auction will not be held and is hereby cancelled**.

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Bidding Procedures Order.

#43664942 v1

**PLEASE TAKE FURTHER NOTICE** the **Stalking Horse APA has been designated as the Successful Bid, and the Debtors will seek approval of the sale of the Assets to the Stalking Horse Bidder in accordance with the Stalking Horse Agreement at the Sale Hearing** to be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **April 28, 2017 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, Stalking Horse APA, and other sale documents are available free of charge on the website maintained by the Debtors' notice and claims agent, Donlin, Recano & Company, Inc. (www.donlinrecano.com/bostwick).

| | |
|---|---|
| Dated: April 25, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/  John H. Schanne, II<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br><br>*Counsel to the Debtors* |