**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, Inc., *et al.*,[1] | Case No. 17-10570 (BLS) |
| Debtors. | (Jointly Administered) |
| | Related Docket Nos. 15, 114, and 212 |
| | Hearing Date: April 28, 2017 at 10:00 a.m. (ET) |

**NOTICE OF FILING OF PROPOSED ORDER (I) AUTHORIZING AND APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL CLAIMS, LIENS, RIGHTS, INTERESTS AND ENCUMBRANCES, (II) APPROVING THE ASSET PURCHASE AGREEMENT AND (III) AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on March 15, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Combined Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures, Break-Up Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts; and (II) an Order (A) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* (Docket No. 15) (the "Sale Motion").

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

-2-

**PLEASE TAKE FURTHER NOTICE** that on March 20, 2017, this Court entered the *Order (I) Authorizing and Approving Bidding Procedures, Break-Up Fee and Expense Reimbursement, (II) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (III) Approving Notice Procedures, (IV) Scheduling Sale Hearing and (V) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts* (Docket No. 114) (the "Bidding Procedures Order"),[2] which established the Bidding Procedures for the sale of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that on April 25, 2017, the Debtors filed the *Notice of Cancellation of Auction and Designation of Stalking Horse Bidder as Successful Bidder* (Docket No. 212) (the "Stalking Horse Selection Notice"), pursuant to which the Debtors provided notice that the Stalking Horse APA has been designated as the Successful Bid, and the Debtors will seek approval of the sale of the Assets to the Stalking Horse Bidder in accordance with the Stalking Horse Agreement at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the *Proposed Order (I) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Approving the Asset Purchase Agreement And (III) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that a blackline comparing the Sale Order to the proposed form of Sale Order filed with the Sale Motion is attached hereto as **Exhibit B**.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Bidding Procedures Order.

#43672061 v1

-3-

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of the Sale Order at the Sale Hearing to be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **April 28, 2017 at 10:00 a.m. (Eastern Daylight Time)**.

| | |
|---|---|
| Dated: April 26, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ John H. Schanne, II<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br><br>*Counsel to the Debtors* |