**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Bostwick Laboratories, Inc., *et al.*,[1] | Case No. 17-10570 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 28, 2017 AT 10:00 A.M. (EASTERN TIME)[2]**

**CONTESTED MATTER GOING FORWARD:**

1. Debtors' Combined Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures, Break-Up Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts; and (II) an Order (A) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests And Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases (Filed 3/15/17; Docket No. 15).

   **Objection Deadline:** April 21, 2017 at 4:00 p.m. (ET); Extended to April 24, 2017 at 4:00 p.m. (ET) for the United States Department of Justice; April 27, 2017 at 4:00 p.m. (ET) for those parties listed on the exhibits to Docket Nos. 185 and 188.

   **Sale Response(s):**

   a. Limited Objection of Stony Brook Pathologists, UFPC to Debtors' Notice of Potential Assumption and Assignment (Filed 4/18/17; Docket No. 172).

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The mailing address for the Debtors is 100 Charles Lindbergh Blvd., Uniondale, NY 11553.

[2] Parties who wish to participate telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), prior to the commencement of the First Day Hearing.

-2-

b. Limited Objection and Reservation of Rights of Roche Diagnostics Corporation to (i) Debtors' Proposed Cure Costs for Potential Assumption and Assignment of Executory Contracts and Equipment Leases and (ii) Debtors' Sale Motion (Filed 4/20/17; Docket No. 186).

c. Limited Objection Cure Objection and Reservation of Rights of United Parcel Service, Inc. Related to the Proposed Assumption of Certain Executory Contracts and Unexpired Leases Pursuant to the Pending Sale of Substantially All of the Debtors' Assets (Filed 4/21/17; Docket No. 189).

d. Objection of Highwoods Realty Limited Partnership to Proposed Cure Amount (Filed 4/21/17; Docket No. 190).

e. Limited Objection and Reservation of Rights to Debtors Motion for Entry of an Order (A) Authorizing and Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases filed by the United States Department of Justice (Filed 4/24/17; Docket No. 203).

f. Informal comments received from the Official Committee of Unsecured Creditors.

g. Informal comments received from the Office of the United States Trustee.

h. Informal comments received from Poplar Healthcare, PLLC

i. Informal comments received from Aetna.

**Related Document(s):**

a. Notice of Debtors' Combined Motion for Entry of (I) an Order (A) Authorizing and Approving Bidding Procedures, Break-Up Fee and Expense Reimbursement, (B) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (C) Approving Notice Procedures, (D) Scheduling a Sale Hearing and (E) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts; and (II) an Order (A) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (B) Approving the Asset Purchase Agreement and (C) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases (Filed 3/17/17; Docket No. 40).

b. Notice of Increased Purchase Price and Modified Initial Overbid Requirement (Filed 3/22/17; Docket No. 77).

c. Notice of Filing of Amended Stalking Horse Asset Purchase Agreement (Filed 3/28/17; Docket No. 101).

d. Order (i) Authorizing and Approving Bidding Procedures, Break-Up Fee and Expense Reimbursement, (ii) Authorizing and Approving the Debtors' Performance of Pre-Closing Obligations Under the Stalking Horse Asset Purchase Agreement, (iii) Approving Notice Procedures, (iv) Scheduling Sale Hearing and (v) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Determining Cure Amounts (Filed 4/3/17; Docket No. 114)

e. Notice of (A) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (B) Associated Cure Costs (Filed 4/6/17; Docket No. 133).

f. Notice of Filing of Verification of Publication (Filed 4/6/17; Docket No. 137).

g. Notice of Filing of Schedule 2.1(b)(iv) and Schedule 2.1(b)(v) of Stalking Horse Asset Purchase Agreement  (Filed 4/11/17; Docket No. 158).

h. Supplemental Notice of (A) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (B) Associated Cure Costs (Filed 4/19/17; Docket No. 185).

i. Second Supplemental Notice of (A) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (B) Associated Cure Costs (Filed 4/20/17; Docket No. 188).

j. Notice of Filing of Schedule 7.1(a) of Stalking Horse Asset Purchase Agreement [REDACTED] (Filed 4/21/17; Docket No. 191).

k. Notice of Cancellation of Auction and Designation of Stalking Horse Bidder as Successful Bidder (Filed 4/25/17; Docket No. 211).

l. Notice of Filing of Proposed Order (I) Authorizing and Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Approving the Asset Purchase Agreement and (III) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases (Filed 4/26/17; Docket No. 214).

Status: This matter will be going forward.  Attached hereto as **Exhibit A** is a chart reflecting the status of each objection.

#43634609 v4

-4-

| | |
|---|---|
| Dated: April 26, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ John H. Schanne, II<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br><br>*Counsel for the Debtors* |