## SCHEDULE 2.1(b)(iv) TO ASSET PURCHASE AGREEMENT
## ASSUMED LEASEHOLD INTERESTS

| Contract/Lease Counter Party | Type | Cure Amount as of Petition Date |
|---|---|---|
| Lease Agreement between Heaven III, LLC as "Landlord" and Bostwick Laboratories, Inc. as "Tenant" for premises situated in the City of Orlando, County of Orange, State of Florida more particularly described as 6925 Lake Ellenor Drive, Building 2, Orlando, FL 32809 comprising approximately 6,670 square feet including the adjacent solarium room. | Real Estate Lease | $0.00 |

# SCHEDULE 2.1(b)(v) TO ASSET PURCHASE AGREEMENT
## ASSUMED CONTRACTS

| Contract/Lease Counter Party | Type | Cure Amount as of Petition Date |
|---|---|---|
| Systems and Services Agreement between Bostwick Laboratories, Inc. and XIFIN, Inc. as amended by Amendment 2 effective as of January 1, 2015. | System and Services Agreement | $210,879.86 |
| Anthem BCBS CT, NH and ME | Managed Care | $0.00 |
| Anthem BCBS VA | Managed Care | $0.00 |
| BCBS Kansas City | Managed Care | $0.00 |
| BCBS of IA - Wellmark | Managed Care | $0.00 |
| BCBS Texas | Managed Care | $0.00 |
| Geisinger Health Plan (PA) | Managed Care | $0.00 |
| Great West (Wyoming) | Managed Care | $0.00 |
| Keystone Mercy/ Keystone West | Managed Care | $0.00 |
| Magnacare | Managed Care | $0.00 |
| Molina Healthcare of Texas | Managed Care | $0.00 |
| Oscar (NY) | Managed Care | $0.00 |
| Pacificsource (Idaho) | Managed Care | $0.00 |
| SelectHealth (Utah) | Managed Care | $0.00 |
| Tricare North | Managed Care | $0.00 |
| TriWest | Managed Care | $0.00 |
| UHA - University Health Alliance (HI) | Managed Care | $0.00 |
| Aardvark I, LLC | Software License Agreement | $0.00 |