# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bostwick Laboratories, Inc., *et al.*,[1]<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 17-10570 (BLS)<br><br>Jointly Administered<br><br>Response Deadline: **September 25, 2018 at 4:00 p.m.**<br>Hearing Date: **October 25, 2018 at 11:00 a.m.** |

## NOTICE OF PLAN ADMINISTRATOR'S THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS AND (B) NO LIABILITY CLAIMS

TO: (i) the U.S. Trustee; (ii) counsel to the Debtors; (iii) all parties that have filed a notice of appearance in these chapter 11 cases pursuant to Bankruptcy Rule 2002; and (iv) the Claimants.

**PLEASE TAKE NOTICE** that on September 11, 2018, James P. Carroll, solely in his capacity as the plan administrator ("Plan Administrator") for the post-effective date above-captioned debtors ("Debtors"), filed the *Plan Administrator's Third Omnibus (Substantive) Objection to Certain (A) Amended and Superseded Claims and (B) No Liability Claims* (the "Objection"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"), which seeks an order disallowing the claims identified on Exhibits 1 and 2 attached to the Proposed Order. A copy of the Objection is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response to the relief sought in the Objection must be filed with the Bankruptcy Court on or before **September 25, 2018 at 4:00 p.m. prevailing Eastern Time.**

---

[1] The Post-Effective Date Debtors are the following entities (last four digits of EIN in parentheses): (i) Bostwick Laboratories, Inc., a Delaware corporation (3169); and (ii) Bostwick Laboratories Holdings, Inc., a Delaware corporation (1042). The current mailing address for the Post-Effective Date Debtors is James P. Carroll as the Plan Administrator, c/o Carroll Services LLC, 4450 Bonita Beach Road, Suite 9, Bonita Springs, FL 34134.

DOCS_DE:221030.1 10329/001

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) Bostwick Laboratories Inc., 100 Charles Lindbergh Blvd., Uniondale, NY 11553, (Attn: James P. Carroll); (ii) Debtors' counsel, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19801, (Attn: David B. Stratton, Esq.); (iii) the Office of the United States Trustee, 844 King Street, Suite 2207, J. Caleb Boggs Federal Building, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane Leamy, Esq.); (iv) counsel for the debtor-in-possession lender, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 165 Madison Avenue, Suite 2000, Memphis, Tennessee 38103, (Attn: E. Franklin Childress, Jr., Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19801 (Attn: Derek C. Abbott, Esq.); and (v) counsel for the Plan Administrator, Sheppard, Mullin, Richter & Hampton LLP, 30 Rockefeller Plaza, Floor 39, New York, NY 10112 (Attn: Malani J. Cademartori, Esq. and Nirav Bhatt, Esq.) and Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Colin R. Robinson, Esq.) (collectively, the "Notice Parties).

**PLEASE TAKE FURTHER NOTICE** THAT IF A TIMELY RESPONSE TO THE OBJECTION IS RECEIVED, A HEARING ON THE OBJECTION (THE "HEARING") WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, SIXTH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801 ON **OCTOBER 25, 2018, AT 11:00 A.M.** PREVAILING EASTERN TIME. The Hearing may be continued from time to time upon

written notice to you or oral announcement in Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if you file a response to the Objection, you should be prepared to argue that response at the Hearing. You need not appear at the Hearing if you do not oppose the relief requested in the Objection. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** that each claimant should read the Objection, which describes the grounds for the objection to the claims set forth therein. Any response filed with the Bankruptcy Court must contain at a minimum the following:

a. a caption setting forth the name of the Bankruptcy Court, the name of the Debtor, the case number, and the title of the Objection;

b. the name of the claimant and description of the basis for the amount of the claim;

c. a concise statement setting forth the reasons why the claim should not be disallowed for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal basis upon which the claimant will rely in opposing the Objection;

d. all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the claimant will rely in opposing the Objection at the Hearing; and

e. the name, address, and telephone number of the person (who may be the claimant or the claimant's legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that questions about the Objection or requests for additional information about the proposed disposition of the claim should be directed to counsel for the Plan Administrator at the address or telephone number set forth below. The Plan Administrator reserves the right to object in the future to any of the proof of claim that is the subject of the Objection on any further or additional grounds. Separate notice will be made and a separate hearing will be scheduled for any such objection.

Dated: September 11, 2018
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 778-6426
Facsimile:     (302) 652-4400
Email: crobinson@pszjlaw.com

- and –

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Malani J. Cademartori (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:    (212) 653-8700
Facsimile:     (212) 653-8701
Email: mcademartori@sheppardmullin.com

*Attorneys for the Plan Administrator*