IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    ) Chapter 11
                                                          )
Bostwick Laboratories, Inc., et al.,                      ) Case No. 17-10570 (BLS)
                                                          )
                                        Debtor.           )

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtors' Names: | Bostwick Laboratories, Inc. | Bank: | Bank of America / Encore Bank |
| Bankruptcy Number: | 17-10570 | Account Number: | Various |
| Date of Confirmation: | October 2, 2017 | Account Type: | Checking / Investment |
| Reporting Period (month/year) | March 31, 2020 | | |

| | |
|---|---:|
| Beginning Cash Balance: (adjusted) | 1,549,836.59 |
| All receipts received by the debtor: | |
|     Interest Earned | 956.94 |
|     Collections | 0 |
|     Settlements: | 0 |
|     Sale of Debtor's Assets: | 0 |
|     Reversals of Refund Accrual: | |
|     Total of cash received: | 956.94 |
| Total of cash available: | 1,550,793.53 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 0 |
| All other disbursements made in the ordinary course: | 0 |
| Total disbursements: | 0 |
| Ending Cash Balance: | 1,550,793.53 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Date:       4/17/20                          Name/Title: _____
                                                         Plan Administrator


Florida Business Banking

# Bostwick Lab 3602 S02

Last Updated: 4/18/2020 10:57 AM

**$1,535,847.67**
Current Balance

| | | |
|---|---|---|
| Current Balance | $1,535,847.67 | |
| Available Balance | $1,535,847.67 | |
| Previous year-to-date... | $3,843.39 | |

| | | |
|---|---|---|
| YTD interest amount | | $956.94 |
| MICR Line | | 102336383059 |

| Date | Description | Amount |
|---|---|---|
| MAR 31 2020 | Annual Percentage Yield Earned 0.25% from 03/01/20 through 03/31/20/Deposit Dividend Tiered Rate | $326.04<br>$1,535,847.67 |
| FEB 29 2020 | Annual Percentage Yield Earned 0.25% from 02/01/20 through 02/29/20/Deposit Dividend Tiered Rate | $304.94<br>$1,535,521.63 |
| JAN 31 2020 | Annual Percentage Yield Earned 0.25% from 01/01/20 through 01/31/20/Deposit Dividend Tiered Rate | $325.96<br>$1,535,216.69 |
| JAN 8 2020 | Draft 1060 Tracer 000001773 - 1060 | ($1,300.00)<br>$1,534,890.73 ✓ |
| DEC 31 2019 | Annual Percentage Yield Earned 0.25% from 12/01/19 through 12/31/19/Deposit Dividend Tiered Rate | $329.35<br>$1,536,190.73 |
| DEC 30 2019 | Withdrawal by Wire 0000284657 | ($748.80) ✓<br>$1,535,861.38 |
| DEC 30 2019 | Withdrawal by Wire 0000284560 | ($21,069.67) ✓<br>$1,536,610.18 |

| Date | Description | Amount / Balance |
|---|---|---|
| DEC 10 2019 | Deposit by Check Mobile Chk Dep | $12,600.00 ✓<br>$1,557,679.85 |
| DEC 10 2019 | Deposit by Check Mobile Chk Dep | $15.75 ✓<br>$1,545,079.85 ✓ |
| DEC 10 2019 | Deposit by Check Mobile Chk Dep | $5,099.77 ✓<br>$1,545,064.10 |
| NOV 30 2019 | Annual Percentage Yield Earned 0.25% from 11/01/19 through 11/30/19/Deposit Dividend Tiered Rate | $316.37 ✓<br>$1,539,964.33 |
| OCT 31 2019 | Annual Percentage Yield Earned 0.25% from 10/01/19 through 10/31/19/Deposit Dividend Tiered Rate | $324.26 ✓<br>$1,539,647.96 |
| OCT 30 2019 | Draft 1059 Tracer 000014373 - 1059 | ($19,360.00) ✓<br>$1,539,323.70 |
| OCT 21 2019 | Draft 1056 Tracer 000017993 - 1056 | ($12,600.00)<br>$1,558,683.70 |
| OCT 17 2019 | Wire Originator ACUMEN RECOVERY SERVICES LLC/Deposit by Wire 0000272478 | $79,536.17 ✓<br>$1,571,283.70 |
| OCT 8 2019 | Draft 1058 Tracer 000021227 - 1058 | ($975.00)<br>$1,491,747.53 |
| OCT 7 2019 | Draft 1057 Tracer 000018825 - 1057 | ($12,500.00)<br>$1,492,722.53 |
| SEP 30 2019 | Annual Percentage Yield Earned 0.25% from 09/01/19 through 09/30/19/Deposit Dividend Tiered Rate | $316.68<br>$1,505,222.53 |
| SEP 30 2019 | Withdrawal by Wire 0000269264 | ($37,530.60)<br>$1,504,905.85 |
| AUG 31 2019 | Annual Percentage Yield Earned 0.25% from 08/01/19 through 08/31/19/Deposit Dividend Tiered Rate | $327.43<br>$1,542,436.45 |

| Date | Description | Amount / Balance |
|---|---|---|
| JUL 31 2019 | Annual Percentage Yield Earned 0.25% from 07/01/19 through 07/31/19/Deposit Dividend Tiered Rate | $328.72 $1,542,109.02 |
| JUL 17 2019 | Withdrawal by Wire 0000256812 | ($12,395.50) $1,541,780.30 |
| JUN 30 2019 | Annual Percentage Yield Earned 0.25% from 06/01/19 through 06/30/19/Deposit Dividend Tiered Rate | $322.40 $1,554,175.80 |
| JUN 26 2019 | Draft 1053 Tracer 000007021 - 1053 | ($12,000.00) $1,553,853.40 |
| JUN 24 2019 | Draft 1055 Tracer 000007525 - 1055 | ($2,200.00) $1,565,853.40 |
| JUN 24 2019 | Draft 1054 Tracer 000002067 - 1054 | ($294.73) $1,568,053.40 |
| JUN 17 2019 | Withdrawal by Wire 0000251929 | ($6,088.00) $1,568,348.13 |
| MAY 31 2019 | Annual Percentage Yield Earned 0.25% from 05/01/19 through 05/31/19/Deposit Dividend Tiered Rate | $335.57 $1,574,436.13 |
| MAY 20 2019 | Draft 1051 Tracer 000014441 - 1051 | ($1,827.33) $1,574,100.56 |
| MAY 10 2019 | Withdrawal by Wire 0000246127 | ($17,087.50) $1,575,927.89 |
| MAY 9 2019 | Draft 1050 Tracer 000010367 - 1050 | ($975.00) $1,593,015.39 |
| APR 30 2019 | Annual Percentage Yield Earned 0.25% from 04/01/19 through 04/30/19/Deposit Dividend Tiered Rate | $323.94 $1,593,990.39 |
| APR 5 2019 | Wire Originator ACUMEN RECOVERY SERVICES LLC/Deposit by Wire 0000240790 | $128,547.24 $1,593,666.45 |


Florida Business Banking

# Bostwick Lab 3594 S01

Last Updated: 4/18/2020 10:57 AM

**$16,027.76**
Current Balance

| | | | |
|---|---|---|---|
| Current Balance | $16,027.76 | YTD interest amount | $0.00 |
| Available Balance | $16,027.76 | MICR Line | 101336383050 |
| Previous year-to-date... | $0.00 | | |

| Date | Description | Amount |
|---|---|---|
| FEB 12 2019 | Withdrawal by Wire 0000233036 | ($27,312.00) $16,027.76 |
| FEB 6 2019 | Checks 231.90 Check Count 2 Deposit Number 0000054/Deposit Bulk | $231.90 $43,339.76 |

**Page totals:** Credits: [1] **$231.90** | Debits: [1] **($27,312.00)**