IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Bostwick Laboratories, Inc., et al., | ) | Case No. 17-10570 (BLS) |
| | ) | |
| Debtor. | ) | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtors' Names: Bostwick Laboratories, Inc.    Bank: Bank of America / Encore Bank

Bankruptcy Number: 17-10570    Account Number: Various

Date of Confirmation: October 2, 2017    Account Type: Checking / Investment

Reporting Period
(month/year)    March 31, 2021

Beginning Cash Balance: (adjusted)    1,490,420.35

All receipts received by the debtor:

Interest Earned    902.45

Collections    0

Settlements:    2,822.22

Sale of Debtor's Assets:    0

Reversals of Refund Accrual:

Total of cash received:    3,724.67

Total of cash available:    1,494,145.02

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    0

Disbursements made pursuant to the administrative claims of bankruptcy professionals:    13,594.50

All other disbursements made in the ordinary course:    3,646.14

Total disbursements:    17,240.64

Ending Cash Balance:    1,476,904.38

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Date:  4/13/21    Name/Title: [signature]
                                    Plan Administrator



Welcome back, James Carroll

# Bostwick Lab 3594 XXXXXXS01

$16,027.76 | $16,027.76
Current Balance | Available Balance

Last Updated: April 12, 2021 5:22 PM

**Transactions**    Details

Search transactions

| Date | Description | Amount |
|---|---|---|
| FEB 12 2019 | Withdrawal by Wire 0000233036 | ($27,312.00) $16,027.76 |
| FEB 6 2019 | Checks 231.90 Check Count 2 Deposit Number 0000054/Deposit Bulk | $231.90 $43,339.76 |

**Page totals:** Credits: [1] **$231.90** | Debits: [1] **($27,312.00)**



Welcome back, James Carroll

# Bostwick Lab 3602 XXXXXXS02

Last Updated: April 12, 2021 5:23 PM

**$1,446,958.52** Current Balance  **$1,446,958.52** Available Balance

**Transactions**   Details

Search transactions

| Date | Description | Amount |
|---|---|---|
| APR 9 2021 | Withdrawal by Wire 0000388966 | ($15,000.00) $1,446,958.52 |
| MAR 31 2021 | Annual Percentage Yield Earned 0.25% from 03/01/21 through 03/31/21/Deposit Dividend Tiered Rate | $310.35 $1,461,958.52 |
| FEB 28 2021 | Annual Percentage Yield Earned 0.25% from 02/01/21 through 02/28/21/Deposit Dividend Tiered Rate | $279.93 $1,461,648.17 |
| FEB 18 2021 | Wire Originator ACUMEN RECOVERY SERVICES LLC/Deposit by Wire 0000374177 | $2,822.22 $1,461,368.24 |
| JAN 31 2021 | Annual Percentage Yield Earned 0.25% from 01/01/21 through 01/31/21/Deposit Dividend Tiered Rate | $312.17 $1,458,546.02 |
| JAN 28 2021 | Draft 1070 Tracer 000009811 - 1070 | ($1,625.00) $1,458,233.85 |
| JAN 28 2021 | Draft 1068 Tracer 000012808 - 1068 | ($3,575.00) $1,459,858.85 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| JAN 27 2021 | Draft 1069 Tracer 000008146 - 1069 | ($145.00) | $1,463,433.85 |
| JAN 25 2021 | Draft 1067 Tracer 000013390 - 1067 | ($59.00) | $1,463,578.85 |
| JAN 21 2021 | TYPE: BT0120 ID: 9162510801 DATA: IRON CO: IRON MOUNTAIN Entry Class Code: CCDACH Trace Number: | ($1,817.14) | $1,463,637.85 |
| JAN 20 2021 | Withdrawal by Wire 0000366466 | ($1,679.50) | $1,465,454.99 |
| JAN 20 2021 | Withdrawal by Wire 0000366465 | ($8,340.00) | $1,467,134.49 |
| DEC 31 2020 | Annual Percentage Yield Earned 0.25% from 12/01/20 through 12/31/20/Deposit Dividend Tiered Rate | $313.22 | $1,475,474.49 |
| NOV 30 2020 | Annual Percentage Yield Earned 0.25% from 11/01/20 through 11/30/20/Deposit Dividend Tiered Rate | $303.05 | $1,475,161.27 |
| OCT 31 2020 | Annual Percentage Yield Earned 0.25% from 10/01/20 through 10/31/20/Deposit Dividend Tiered Rate | $313.09 | $1,474,858.22 |
| SEP 30 2020 | Annual Percentage Yield Earned 0.25% from 09/01/20 through 09/30/20/Deposit Dividend Tiered Rate | $303.23 | $1,474,545.13 |
| SEP 11 2020 | Draft 1066 Tracer 000000076 - 1066 | ($975.00) | $1,474,241.90 |
| SEP 8 2020 | Draft 1065 Tracer 000001689 - 1065 | ($5,000.00) | $1,475,216.90 |
| AUG 31 2020 | Annual Percentage Yield Earned 0.25% from 08/01/20 through 08/31/20/Deposit Dividend Tiered Rate | $315.84 | $1,480,216.90 |
| AUG 31 2020 | Withdrawal by Wire 0000332256 | ($5,908.00) | $1,479,901.06 |
| AUG 13 2020 | TYPE: BT0812 ID: 9162510801 DATA: IRON CO: IRON MOUNTAIN Entry Class Code: CCDACH Trace Number: | ($4,846.75) | $1,485,809.06 |